THE KOZUB LAW GROUP, PLC
William A. Kozub, # 014826
Richard Hundley, # 019829
7537 East McDonald Drive
Scottsdale, Arizona 85250
mewak@kozublaw.com
Telephone: (480) 624-2700

Attorneys for Defendants Zachariah James Gleason and Mirza Baig.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ignite International, Ltd., a Wyoming corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Higher Connection LLC, a Utah limited liability company; Zachariah James Gleason; Mirza Baig; Higher Connection 3PL LLC, an Arizona limited liability company; and Higher Connection, LLC, an Arizona limited liability company;<br><br>Defendants. | Case No. 2:2021-cv-02184<br><br>**VERIFIED ANSWER OF DEFENDANTS ZACHARIAH JAMES GLEASON AND MIRZA BAIG** |
| Higher Connection LLC, a Utah limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>Ignite International, Ltd., a Wyoming corporation;<br><br>Counterdefendant. | |

-1-

Defendants Zachariah James Gleason and Mirza Baig (collectively referred to as "Defendants"), by and through their undersigned attorneys, answers Plaintiff's Complaint as follows:

## PARTIES AND JURISDICTION

1. Defendants deny the allegations in Paragraph 1 of the Plaintiff's Complaint.
2. Defendants admit the allegations in Paragraph 2 of the Plaintiff's Complaint.
3. Defendants deny the allegations in Paragraph 3 of the Plaintiff's Complaint.
4. Defendants deny the allegations in Paragraph 4 of the Plaintiff's Complaint.
5. Defendants deny the allegations in Paragraph 5 of the Plaintiff's Complaint.
6. Defendants admit the allegations in Paragraph 6 of the Plaintiff's Complaint.
7. Defendants admit the allegations in Paragraph 7 of the Plaintiff's Complaint.
8. Defendants admit the allegations in Paragraph 8 of the Plaintiff's Complaint.
9. Defendants admit the allegations in Paragraph 9 of the Plaintiff's Complaint.
10. Defendants admit the allegations in Paragraph 10 of the Plaintiff's Complaint.
11. Defendants admits the allegations in Paragraph 11 of the Plaintiff's Complaint.
12. Defendants deny the allegations in Paragraph 12 of the Plaintiff's Complaint.
13. Defendants deny the allegations in Paragraph 13 of the Plaintiff's Complaint.
14. Defendants deny the allegations in Paragraph 14 of the Plaintiff's Complaint.
15. Defendants deny the allegations in Paragraph 15 of the Plaintiff's Complaint.
16. Defendants deny the allegations in Paragraph 16 of the Plaintiff's Complaint.
17. Defendants deny the allegations in Paragraph 17 of the Plaintiff's Complaint.
18. Defendants deny the allegations in Paragraph 18 of the Plaintiff's Complaint.
19. Defendants deny the allegations in Paragraph 19 of the Plaintiff's Complaint.

20. Defendants deny the allegations in Paragraph 20 of the Plaintiff's Complaint.

21. In answering the allegations in Paragraph 21 of the Plaintiff's Complaint, Defendants incorporate their prior responses as though fully set forth herein.

22. Defendants deny the allegations in Paragraph 22 of the Plaintiff's Complaint.

23. Defendants deny the allegations in Paragraph 23 of the Plaintiff's Complaint.

24. Defendants deny the allegations in Paragraph 24 of the Plaintiff's Complaint.

25. Defendants deny the allegations in Paragraph 25 of the Plaintiff's Complaint.

26. In answering the allegations in Paragraph 26 of the Plaintiff's Complaint, Defendants incorporate their prior responses as though fully set forth herein.

27. Defendants deny the allegations in Paragraph 27 of the Plaintiff's Complaint.

28. Defendants deny the allegations in Paragraph 28 of the Plaintiff's Complaint.

29. Defendants deny the allegations in Paragraph 29 of the Plaintiff's Complaint.

30. Defendants deny the allegations in Paragraph 30 of the Plaintiff's Complaint.

31. Defendants deny the allegations in Paragraph 31 of the Plaintiff's Complaint.

32. Defendants deny the allegations in Paragraph 32 of the Plaintiff's Complaint.

33. Defendants deny the allegations in Paragraph 33 of the Plaintiff's Complaint.

34. In answering the allegations in Paragraph 34 of the Plaintiff's Complaint, Defendants incorporate their prior responses as though fully set forth herein.

35. Defendants are without sufficient information to form an opinion as to the allegations contained in Paragraph 35 of the Plaintiff's Complaint and thus deny the same.

36. Defendants deny the allegations in Paragraph 36 of the Plaintiff's Complaint.

37. Defendants deny the allegations in Paragraph 37 of the Plaintiff's Complaint.

38. Defendants deny the allegations in Paragraph 38 of the Plaintiff's Complaint.

39. Defendants deny the allegations in Paragraph 39 of the Plaintiff's Complaint.

40. Defendants deny the allegations in Paragraph 40 of the Plaintiff's Complaint.

41. Defendants deny the allegations in Paragraph 41 of the Plaintiff's Complaint.

42. Defendants deny the allegations in Paragraph 42 of the Plaintiff's Complaint.

43. In answering the allegations in Paragraph 43 of the Plaintiff's Complaint, Defendants incorporate their prior responses as though fully set forth herein.

44. Defendants are without sufficient information to form an opinion as to the allegations contained in Paragraph 44 of the Plaintiff's Complaint and thus deny the same.

45. Defendants are without sufficient information to form an opinion as to the allegations contained in Paragraph 45 of the Plaintiff's Complaint and thus deny the same.

46. Defendants deny the allegations in Paragraph 46 of the Plaintiff's Complaint.

47. Defendants deny the allegations in Paragraph 47 of the Plaintiff's Complaint.

48. Defendants deny the allegations in Paragraph 48 of the Plaintiff's Complaint.

49. Defendants deny the allegations in Paragraph 49 of the Plaintiff's Complaint.

50. Defendants deny the allegations in Paragraph 50 of the Plaintiff's Complaint.

51. Defendants deny the allegations in Paragraph 51 of the Plaintiff's Complaint.

52. Defendants deny the allegations in Paragraph 52 of the Plaintiff's Complaint.

53. Defendants deny the allegations in Paragraph 53 of the Plaintiff's Complaint.

54. Defendants deny the allegations in Paragraph 54 of the Plaintiff's Complaint.

55. In answering the allegations in Paragraph 55 of the Plaintiff's Complaint, Defendants incorporate their prior responses as though fully set forth herein.

56. Defendants deny the allegations in Paragraph 56 of the Plaintiff's Complaint.

57. Defendants deny the allegations in Paragraph 57 of the Plaintiff's Complaint.

58. Defendants deny the allegations in Paragraph 58 of the Plaintiff's Complaint.

59. Defendants deny the allegations in Paragraph 59 of the Plaintiff's Complaint.

60. Defendants deny the allegations in Paragraph 60 of the Plaintiff's Complaint.

61. In answering the allegations in Paragraph 61 of the Plaintiff's Complaint, Defendants incorporate their prior responses as though fully set forth herein.

62. Defendants deny the allegations in Paragraph 62 of the Plaintiff's Complaint.

63. Defendants deny the allegations in Paragraph 63 of the Plaintiff's Complaint.

64. Defendants deny the allegations in Paragraph 64 of the Plaintiff's Complaint.

65. In answering the allegations in Paragraph 65 of the Plaintiff's Complaint, Defendants incorporate their prior responses as though fully set forth herein.

66. Defendants deny the allegations in Paragraph 66 of the Plaintiff's Complaint.

67. Defendants deny the allegations in Paragraph 67 of the Plaintiff's Complaint.

68. Defendants deny the allegations in Paragraph 68 of the Plaintiff's Complaint.

69. In answering the allegations in Paragraph 69 of the Plaintiff's Complaint, Defendants incorporate their prior responses as though fully set forth herein.

70. Defendants deny the allegations in Paragraph 70 of the Plaintiff's Complaint.

71. Defendants deny the allegations in Paragraph 71 of the Plaintiff's Complaint.

72. Defendants deny the allegations in Paragraph 72 of the Plaintiff's Complaint.

73. Defendants deny the allegations in Paragraph 73 of the Plaintiff's Complaint.

74. Defendants deny the allegations in Paragraph 74 of the Plaintiff's Complaint.

75. Defendants deny the allegations in Paragraph 75 of the Plaintiff's Complaint.

76. Defendants deny the allegations in Paragraph 76 of the Plaintiff's Complaint.

77. In answering the allegations in Paragraph 77 of the Plaintiff's Complaint, Defendants incorporate their prior responses as though fully set forth herein.

78. Defendants deny the allegations in Paragraph 78 of the Plaintiff's Complaint.

79. Defendants deny the allegations in Paragraph 79 of the Plaintiff's Complaint.

80. Defendants deny the allegations in Paragraph 80 of the Plaintiff's Complaint.

81. Defendants deny the allegations in Paragraph 81 of the Plaintiff's Complaint.

82. Defendants deny the allegations in Paragraph 82 of the Plaintiff's Complaint.

83. Defendants deny the allegations in Paragraph 83 of the Plaintiff's Complaint.

84. Defendants deny the allegations in Paragraph 84 of the Plaintiff's Complaint.

85. Defendants deny the allegations in Paragraph 85 of the Plaintiff's Complaint.

86. Defendants deny the allegations in Paragraph 86 of the Plaintiff's Complaint.

87. In answering the allegations in Paragraph 87 of the Plaintiff's Complaint, Defendants incorporate their prior responses as though fully set forth herein.

88. Defendants deny the allegations in Paragraph 88 of the Plaintiff's Complaint.

89. Defendants deny the allegations in Paragraph 89 of the Plaintiff's Complaint.

90. Defendants deny the allegations in Paragraph 90 of the Plaintiff's Complaint.

91. Defendants deny the allegations in Paragraph 91 of the Plaintiff's Complaint.

92. Defendants deny the allegations in Paragraph 92 of the Plaintiff's Complaint.

93. Defendants deny the allegations in Paragraph 93 of the Plaintiff's Complaint.

94. Defendants deny the allegations in Paragraph 94 of the Plaintiff's Complaint.

**AFFIRMATIVE DEFENSE**

i. One or more of Plaintiff's claims fails to state a claim upon which relief may be granted against Defendants. Plaintiff's claims are barred or subject to reduction for Plaintiff's

failure to mitigate damages, if any. Plaintiff's claims are barred or subject to reduction for Plaintiff's comparative fault, comparative negligence and/or assumption of risk. Plaintiff's claims are barred in whole or in part by the doctrine of *in pari delicto*. Plaintiff's claimed damages, if any, may have been caused by the acts of one or more third parties over whom Defendants have no agency or control nor right of control and for whose actions Defendants cannot be liable and Defendants respectfully reserves the right to designate such non-parties as appropriate. Plaintiff's claims may be barred in whole or in part by the doctrines of waiver, estoppel and equitable estoppel.

    ii.    Defendants adopt and incorporate by reference each and every other additional or affirmative defense which is not otherwise set forth herein that is or may be applicable to defend the claims against the Plaintiff.

    iii.    Defendants respectfully reserves the right to assert any and all other potentially applicable defenses as investigation, discovery or a trial may reveal.

    iv.    Defendants respectfully reserves the right to amend or to seek leave to amend this Answer.

    v.    The parties have not exchanged disclosures or begun discovery. Defendants reserve the right to amend, supplement or withdraw defenses as this action proceeds.

**WHEREFORE**, having fully defended, Defendants requests the following relief:

    A.    That judgment be entered dismissing with prejudice Plaintiff's Complaint against Defendants;

    B.    That Defendants be awarded their reasonable attorneys' fees and costs incurred herein;

    C.    That Defendants be awarded damages against the Plaintiff in an amount equal to

the damages caused by Plaintiff's breach of contract;

D. For such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this ____ day of January, 2022.

          THE KOZUB LAW GROUP, PLC

By: _____
William A. Kozub, # 014826
Richard Hundley, # 019829
7537 East MacDonald Drive
Scottsdale, Arizona 85250
Attorney for Defendants

ORIGINAL of the foregoing e-filed
This 24th day of January, 2022, and copy mailed to:

Randy J. Aoyama
Bradley L. Dunn
Meghah Singh
HINSHAW & CULBERTSON, LLP
2375 E. Camelback Road, #750
Phoenix,, Arizona 85016
*Attorneys for Plaintiff*

By:/s/ Jodi Wheeler

# DECLARATION

I, Zachariah James Gleason, declare as follows:

I am a defendant in the above captioned matter. I have reviewed the attached Answer and being familiar with the facts, verify that all statements made therein are true and correct to the best of my knowledge except as to those statements made upon information and belief, and as to those, I believe them to be true.

I declare the foregoing under penalty of perjury under the laws of the State of Arizona.

*Zach Gleason*
0129C0C7254143F...
Zachariah James Gleason

-1-

## DECLARATION

I, Mirza Baig, declare as follows:

I am a defendant in the above captioned matter. I have reviewed the attached Answer and being familiar with the facts, verify that all statements made therein are true and correct to the best of my knowledge except as to those statements made upon information and belief, and as to those, I believe them to be true.

I declare the foregoing under penalty of perjury under the laws of the State of Arizona.

_____
Mirza Baig