Law Offices
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd.
Suite 750
Phoenix, AZ 85016
602-631-4400
602-631-4404
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com
meghasingh@hinshawlaw.com

Randy J. Aoyama (020096)
Bradley L. Dunn (028897)
Megha Singh (036306)
Attorneys for Defendants/

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignite International, Ltd., a Wyoming corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Higher Connection, LLC, a Utah limited liability company, Zachariah James Gleason, Mirza Baig, Higher Connection 3PL LLC, an Arizona limited liability company; and Higher Connection LLC, an Arizona limited liability company,<br><br>    Defendants. | Case No. CV-21-2184-PHX-MTL<br><br>**STIPULATED MOTION AND PROPOSED PROTECTIVE ORDER** |
| Higher Connection LLC, a Utah limited liability company,<br><br>    Counterclaimant,<br><br>vs.<br><br>Ignite International, Ltd., a Wyoming corporation.<br><br>    Counterdefendant. | |

1047429\310424101.v1

Plaintiff/Counterdefendant Ignite International, Ltd. ("Ignite"), and Defendant/Counterclaimant Higher Connection LLC ("Utah HC"), and Defendants Zachariah James Gleason ("Gleason"), Mirza Baig ("Baig"), Higher Connection 3PL LLC ("3PL"), and Higher Connection, LLC ("Arizona HC") by and through their respective undersigned counsel, hereby respectfully move the Court for entry of a Protective and Inadvertent Disclosure Order. The Parties seek to maintain the confidentiality of certain documents by governing their handling and to protect documents subject to the attorney-client privilege or work product doctrine, pursuant to Federal Rules of Civil Procedure 26(c)(1)(G) and Federal Rules of Evidence 502(d), and in support thereof states as follows:

The Parties' proposed order is intended to permit and restrict the exchange of confidential information and documents during discovery. For example, the Individual Defendants are going to disclose personal financial information, including, but limited to, bank account records, W2s, 1099s, and other information related to funds received from the Entity Defendants. This confidential information must be protected to ensure the personal, identifiable information of the Individual Defendants is not disclosed to the public, resulting in theft or stolen identification.

Further, the Parties seek to protect discoverable documents and materials relating to items such as (1) the materials, policies and procedures the Parties use that is proprietary to its business operations, (2) internal reports and notes, (3) market analysis, and (4) other trade secret information maintained by the Parties (collectively "Confidential Information"). Such confidential and trade secret information is generally not known to competitors and not made available to the public.

Should the Parties confidential information become available to the public, it would result in a windfall for other businesses involved in similar businesses. In addition, it would place the Parties at a disadvantage competitively because they would lose the

2

edge they have over other similar businesses that have not made similar investments in training, systems, and procedures. Public disclosure of these materials would place the Parties at a disadvantage competitively because its competitors would be aware of the Confidential Information. That type of knowledge could reasonably negatively impact business.

In light of the above, the Parties respectfully request the Court enter the proposed Protective Order.

DATED this 22nd day of November, 2022.

HINSHAW & CULBERTSON LLP


/s/ Bradley L. Dunn
Randy J. Aoyama
Bradley L. Dunn
Megha Singh
Attorneys for Defendants/


THE KOZUB LAW GROUP, PLC


/s/ Willian Kozub
William Kozub
Richard Hundley
Attorneys for
Defendants/Counterclaimants

3

# CERTIFICATE OF SERVICE

I certify that on the 22nd day of November, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William A. Kozub, Esq.
Richard Hundley, Esq.
**THE KOZUB LAW GROUP, PLC**
7537 East McDonald Drive
Scottsdale, AZ 85250
*Attorneys for Defendants Zachariah James Gleason, Mirza Baig, and Defendants/Counterclaimants, Higher Connection LLC (Utah), Higher Connection 3PL LLC, and Higher Connection LLC (Arizona)*

By  /s/ Amy Fletcher

1047429\310424101.v1