

Law Offices
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd.
Suite 410
Phoenix, AZ 85016
602-631-4400
602-631-4404
raoyama@hinshawlaw.com
bdunn@hinshawlaw.com
meghasingh@hinshawlaw.com

Randy J. Aoyama (020096)
Bradley L. Dunn (028897)
Megha Singh (036306)
Attorneys for Plaintiff/Counterdefendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignite International, Ltd., a Wyoming corporation, | Case No. CV-21-2184-PHX-MTL |
| Plaintiff, | **DECLARATION OF SCOTT ROHLEDER** |
| v. | |
| Higher Connection, LLC, a Utah limited liability company, Zachariah James Gleason, Mirza Baig, Higher Connection 3PL LLC, an Arizona limited liability company; and Higher Connection LLC, an Arizona limited liability company, | |
| Defendants. | |
| Higher Connection LLC, a Utah limited liability company, | |
| Counterclaimant, | |
| vs. | |
| Ignite International, Ltd., a Wyoming corporation. | |
| Counterdefendant. | |

1047429\313545641.v1

I, Scott Rohleder, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 21, and am competent to make this Affidavit.

2. The following facts are based upon my personal knowledge of events and of Ignite International, Ltd.'s ("Ignite") regularly maintained business records and business practices.

3. If called upon to testify, I could and would attest to these facts herein stated.

4. I am the Chief Financial Officer ("CFO") for Ignite.

5. Ignite is a global lifestyle brand that sells nicotine vaping products, as well as beverages and activewear.

6. Ignite is a party to a December 14, 2020 Fulfillment Agreement ("Agreement") with Higher Connection, LLC ("HC"), a limited liability company formed under the laws of the State of Utah with a registered office in Phoenix, Arizona.

7. Pursuant to the Agreement, HC was obligated to provide warehousing, pick & pack, and shipping services for Ignite's online customer orders.

8. In June of 2021, Ignite discovered missing Fulfilment Products during a physical inventory count and audit of HC's warehouse located at 1505 N. 29th Avenue, Phoenix, Arizona 85009.

9. HC took and sold Ignite's inventory for HC's own benefit, and netted approximately $557,350 from the sale of the products it stole from Ignite.

10. In late 2021, Ignite began to notice and receive correspondence from its customers that HC was failing to fulfill Ignite's customer's orders, as required pursuant to Agreement.

1047429\313545641.v1

11. In December 2021, Ignite was forced to give Pac Trading Group, Inc. a series of credits, totaling $80,692.50, for missing product that was invoiced but not shipped by HC.

12. Ignite was also forced to accept a lesser payment from its customer GJ's Wholesale and write off $12,350.00 due to HC failing to provide proper Ignite products to the customer.

13. Between June 2021 and December 2021, due to the inadequate performance of HC, Ignite was forced to send several personnel to the HC warehouse to provide oversight and was forced to expend $62,576.00 in labor and expenses to conduct inventory counts and reconciliation at HC's warehouse.

14. In addition to its warehousing and shipping services, HC also had a side business wherein it acted as a distributor of Ignite products.

15. HC would purchase Ignite products, sell them in the marketplace and repay Ignite for the products sold.

16. In August and September of 2021, HC began failing to remit payment for Ignite products received and sold by HC.

17. Ignite accounted for the purchase and payment of these transactions through Ignite's accounting software application, Sage 300 ("Sage").

18. As part of my duties as CFO, I helped to prepare the Account Receivables Report (the "A/R Report") dated November 29, 2021. (Attached as Ex. 7 to MPSJ).

19. The Report was generated from Sage, as part of Ignite's regular business practices.

20. Each of the entries were created at or near the date reflected as in the "Doc. Date/Appl. Date" column of the Report.

21. Each Purchase Order Number and Check/Receipt Number is listed in the A/R Report under the column title "PO Number/ Check/Receipt Number".

22. Each of the entries were created by someone with knowledge of Ignite's invoicing procedures, and knowledge of the basis for the charges reflected on each of the individual entries.

23. The A/R Report shows the status of HC's Account Receivables as of November 29, 2021.

24. HC made post-dispute payments to Ignite on November 29, 2021 ($50,000), December 7, 2021 ($50,000), January 18, 2022 ($50,000), and March 2, 2022 ($50,000), totaling $200,000.00.

25. HC returned 48,778 units of Ignite's V30 product and received a credit from Ignite of $426,807.50 on December 3, 2021.

26. Taking into account these credits, HC currently has outstanding Account Receivables due and owing to Ignite of $1,106,831.12.

27. Based upon Ignite's business and accounting records, Ignite has suffered the following losses due to the actions of HC:

| Description | Amount |
|---|---:|
| Stolen product | 557,350.00 |
| Losses from unpaid A/R | 1,106,831.12 |
| Failure to fill Pac Trading Group's order | 80,692.50 |
| Failure to properly fill GJ's Wholesale's order | 12,350.00 |
| Labor and costs to conduct inventory reconciliation | 62,576.00 |
|  |  |
| **Total** | **$1,819,799.71** |

1  DATED this 17th day of May, 2023.

*Scott F. Rohleder*
Scott Rohleder