# EXHIBIT 1



## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.64 |
| Average collected balance | $192,368.74 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.64 |
| Interest paid this year | $1.64 |
| Total interest paid in 2020 | $6.88 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/4 | | | | 36.45 | |
| 1/4 | | | | 162.67 | |
| 1/4 | | | | 16.92 | |
| 1/4 | | | | 71.82 | |
| 1/4 | | | | 73.60 | |
| 1/4 | | | | 52.12 | |
| 1/4 | | | | 74.27 | |
| 1/4 | | | | 19.54 | 197,010.00 |
| 1/5 | | | 34,228.03 | | |
| 1/5 | | | | 310.03 | |
| 1/5 | | | | 20.00 | |
| 1/5 | < | | | 1,151.73 | |
| 1/5 | | Robinhood Funds 210104 xxxxx5207 Mirza Baig | | 50,000.00 | 179,756.27 |
| 1/6 | | | 11,847.11 | | |
| 1/6 | | | | 20.17 | |
| 1/6 | | | | 500.00 | |
| 1/6 | | | | 10,000.00 | |
| 1/6 | | | | 500.00 | |
| 1/6 | < | | | 365.73 | 180,217.48 |
| 1/7 | | | 11,005.94 | | |
| 1/7 | | | 21,075.00 | | |
| 1/7 | | | | 236.00 | |
| 1/7 | | | | 288.00 | |
| 1/7 | | | | 325.77 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/13 | < | | | 264.85 | |
| 1/13 | 1076 | | | 9,715.18 | |
| 1/13 | | | | 100.00 | |
| 1/13 | 1075 | | | 1,400.00 | 257,246.38 |
| 1/14 | | | 8,045.23 | | |
| 1/14 | | | 50.00 | | |
| 1/14 | | | 410.00 | | |
| 1/14 | | | | 31.13 | |
| 1/14 | | | | 45.60 | |
| 1/14 | | | | 58.76 | |
| 1/14 | | | | 51.01 | |
| 1/14 | | | | 1,650.00 | |
| 1/14 | | | | 540.25 | |
| 1/14 | | | | 250.00 | |
| 1/14 | | | | 6,867.00 | |
| 1/14 | < | | | 274.29 | 255,983.57 |
| 1/15 | | | 6,171.89 | | |
| 1/15 | | | | 72.45 | |
| 1/15 | | | | 321.96 | |
| 1/15 | | | | 38.00 | |
| 1/15 | | | | 178.00 | |
| 1/15 | | | | 250.00 | |
| 1/15 | | | | 250.00 | |
| 1/15 | | | | 500.00 | |
| 1/15 | | | | 506.68 | |
| 1/15 | < | | | 198.70 | |
| 1/15 | | Robinhood Funds 210114 xxxxx5207 Mirza Baig | | 10,000.00 | 249,839.67 |
| 1/19 | | | 25,000.00 | | |
| 1/19 | | | 9,750.00 | | |
| 1/19 | | | 15,600.00 | | |
| 1/19 | | | 38,443.94 | | |
| 1/19 | | | 3,800.00 | | |
| 1/19 | | | 50,000.00 | | |
| 1/19 | | | 17,190.00 | | |
| 1/19 | | | 500.00 | | |
| 1/19 | | | 460.00 | | |
| 1/19 | | | 590.00 | | |
| 1/19 | | | 600.00 | | |



---

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.72 |
| Average collected balance | $94,470.59 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.72 |
| Interest paid this year | $2.36 |
| Total interest paid in 2020 | $6.88 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | | 5,234.80 | | |
| 2/1 | | | 500.00 | | |
| 2/1 | | | 10,690.00 | | |
| 2/1 | | | 480.00 | | |
| 2/1 | | | | 438.89 | |
| 2/1 | | | | 20.68 | |
| 2/1 | | | | 6.51 | |
| 2/1 | | | | 168.50 | |
| 2/1 | | | 633.00 | | |
| 2/1 | < | | | 177.74 | |
| 2/1 | 1097 | | | 300.00 | |
| 2/1 | 1094 | | | 2,210.00 | 51,296.79 |
| 2/2 | | | 32,500.00 | | |
| 2/2 | | | 0.01 | | |
| 2/2 | | | | 50.00 | |
| 2/2 | | | | 302.18 | |
| 2/2 | | | | 108.30 | |
| 2/2 | | | | 20.00 | |
| 2/2 | < | | | 0.01 | |
| 2/2 | | Robinhood Funds 210202 xxxxx5207 Mirza Baig | | 5.00 | 83,311.31 |
| 2/3 | | | 3,288.00 | | |
| 2/3 | | | 21,035.00 | | |
| 2/3 | | | | 17.96 | |
| 2/3 | | | | 5.65 | |
| 2/3 | | | | 250.00 | |
| 2/3 | | | | 1.00 | |

February 28, 2021 ▪ Page 4 of 10



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/8 | 1105 | | | 600.00 | |
| 2/8 | 1106 | | | 521.21 | 72,869.66 |
| 2/9 | | | 195.41 | | |
| 2/9 | | | 12,233.98 | | |
| 2/9 | | | 7,122.00 | | |
| 2/9 | | | | 195.41 | |
| 2/9 | | | | 250.00 | |
| 2/9 | | | | 70.86 | |
| 2/9 | | Robinhood Funds 210208 xxxxx5207 Mirza Baig | | 10,000.00 | 81,904.78 |
| 2/10 | | | 1,379.52 | | |
| 2/10 | | | | 250.00 | |
| 2/10 | | | | 71.01 | |
| 2/10 | | | | 37.82 | |
| 2/10 | | | | 117.29 | |
| 2/10 | | | | 810.75 | |
| 2/10 | | Robinhood Funds 210209 xxxxx5207 Mirza Baig | | 20,000.00 | |
| 2/10 | 1101 | | | 2,590.00 | 59,407.43 |
| 2/11 | | | 4,446.98 | | |
| 2/11 | | | 9,000.00 | | |
| 2/11 | | | 30,499.00 | | |
| 2/11 | | | | 82.87 | |
| 2/11 | | | | 20.00 | |
| 2/11 | | | | 25.49 | |
| 2/11 | | | | 1,219.96 | |
| 2/11 | | | | 250.00 | |
| 2/11 | | | | 250.00 | |
| 2/11 | | | | 5.04 | 101,500.05 |
| 2/12 | | | 23,600.00 | | |
| 2/12 | | | 17,314.31 | | |
| 2/12 | | | 30,000.00 | | |
| 2/12 | | | 23,870.00 | | |
| 2/12 | | | | 76.02 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/23 | | | 2,375.95 | | |
| 2/23 | | | 23,335.00 | | |
| 2/23 | | | | 45.00 | |
| 2/23 | | | | 12.00 | |
| 2/23 | | | | 144.09 | |
| 2/23 | | | | 1,710.00 | |
| 2/23 | | | | 250.00 | |
| 2/23 | | | | 645.30 | |
| 2/23 | 50001 | | | 361.43 | |
| 2/23 | < | | | 224.45 | 131,822.59 |
| 2/24 | | | | 4,110.00 | |
| 2/24 | | | | 4,515.00 | |
| 2/24 | | | | 58.33 | |
| 2/24 | | | | 250.00 | |
| 2/24 | | | | 250.00 | |
| 2/24 | | | | 90.15 | |
| 2/24 | | | | 0.95 | |
| 2/24 | | | | 4,977.09 | |
| 2/24 | < | | | 24,302.62 | 93,268.45 |
| 2/25 | | | 8,045.23 | | |
| 2/25 | | | 562.00 | | |
| 2/25 | | | 675.00 | | |
| 2/25 | | | 10,000.00 | | |
| 2/25 | | | | 17.10 | |
| 2/25 | | | | 141.13 | |
| 2/25 | | | | 34.00 | |
| 2/25 | | | | 424.87 | |
| 2/25 | | | | 298.44 | |
| 2/25 | < | | | 10.00 | |
| 2/25 | | Robinhood Funds 210224 xxxxx5207 Mirza Baig | | 10,000.00 | 101,625.14 |
| 2/26 | | | 600.00 | | |
| 2/26 | | | | 30.00 | |
| 2/26 | | | | 11.14 | |

WFB 00115



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $1.19 |
| Average collected balance | $140,180.02 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.19 |
| Interest paid this year | $3.55 |
| Total interest paid in 2020 | $6.88 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 3/1 | | | 2,389.38 | | |
| 3/1 | | | 2,873.06 | | |
| 3/1 | | | 500.00 | | |
| 3/1 | | | | 250.00 | |
| 3/1 | | | | 75.82 | |
| 3/1 | | | | 168.50 | |
| 3/1 | | | | 429.00 | |
| 3/1 | 1122 | | | 508.51 | |
| 3/1 | < | | | 490.84 | |
| 3/1 | < | | | 5,741.39 | |
| 3/1 | | Robinhood Funds 210226 xxxxx5207 Mirza Baig | | 10,000.00 | |
| 3/1 | | Robinhood Funds 210226 xxxxx5207 Mirza Baig | | 10,000.00 | |
| 3/1 | 50002 | | | 188.17 | 46,433.16 |
| 3/2 | | | 2,190.00 | | |
| 3/2 | | | 35,023.37 | | |
| 3/2 | | | 47,000.00 | | |
| 3/2 | | | | 30.00 | |
| 3/2 | | | | 250.00 | |
| 3/2 | | | | 52.00 | |
| 3/2 | | | | 9,067.85 | |
| 3/2 | | | | 5,000.00 | |
| 3/2 | < | | | 29.99 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/24 | | | | 30.00 | |
| 3/24 | | | | 100.39 | |
| 3/24 | | | | 167.01 | |
| 3/24 | | | | 195.41 | |
| 3/24 | | | | 36.00 | |
| 3/24 | | | | 19.25 | |
| 3/24 | | | | 250.00 | |
| 3/24 | | | | 250.00 | |
| 3/24 | | | | 8,000.00 | |
| 3/24 | < | | | 10.00 | |
| 3/24 | | Robinhood Funds 210323 xxxxx5207 Mirza Baig | | 5,000.00 | |
| 3/24 | | | | 0.95 | |
| 3/24 | | | | 4,993.23 | |
| 3/24 | < | | | 614.29 | |
| 3/24 | < | | | 1,226.17 | 71,508.18 |
| 3/25 | | | 4,985.08 | | |
| 3/25 | | | | 1,364.90 | |
| 3/25 | | | | 71.45 | |
| 3/25 | | | | 72.40 | |
| 3/25 | | | | 16.00 | |
| 3/25 | | | | 250.00 | |
| 3/25 | | | | 77.10 | |
| 3/25 | | | | 30.32 | |
| 3/25 | | | | 26.95 | |
| 3/25 | < | | | 43.79 | |
| 3/25 | 50006 | | | 334.05 | |
| 3/25 | 50005 | | | 341.29 | 73,865.01 |
| 3/26 | | | 1,336.98 | | |
| 3/26 | | | 7,192.03 | | |
| 3/26 | | | | 325.00 | 82,069.02 |
| 3/29 | | | 66.46 | | |
| 3/29 | | | 0.01 | | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/20 | | | | 5,000.00 | |
| 4/20 | < | | | 100.00 | |
| 4/20 | | Robinhood Funds 210419 xxxxx5207 Mirza Baig | | 10,000.00 | |
| 4/20 | < | | | 726.75 | |
| 4/20 | < | | | 1,297.85 | 339,211.09 |
| 4/21 | | | 13,325.00 | | |
| 4/21 | | | | 10.90 | |
| 4/21 | | | | 250.00 | |
| 4/21 | | | | 250.00 | |
| 4/21 | < | | | 50.06 | |
| 4/21 | | Robinhood Funds 210420 xxxxx5207 Mirza Baig | | 5,000.00 | 346,975.13 |
| 4/22 | | | 9,053.28 | | |
| 4/22 | | | 20,225.00 | | |
| 4/22 | | | 4,791.75 | | |
| 4/22 | | | | 1.00 | |
| 4/22 | | | | 640.51 | |
| 4/22 | | | | 25.00 | |
| 4/22 | | | | 15,000.00 | |
| 4/22 | | Robinhood Funds 210421 xxxxx5207 Mirza Baig | | 25,000.00 | |
| 4/22 | | | | 0.95 | |
| 4/22 | | | | 5,011.17 | |
| 4/22 | 50009 | | | 409.52 | |
| 4/22 | 50010 | | | 467.32 | 334,489.69 |
| 4/23 | | | 15,996.63 | | |
| 4/23 | | | 31,200.00 | | |
| 4/23 | | | 42,840.00 | | |
| 4/23 | | | | 30.00 | |
| 4/23 | | | | 250.00 | |
| 4/23 | | | | 210.24 | |
| 4/23 | | | | 71.92 | |
| 4/23 | | | | 259,165.00 | |
| 4/23 | < | | | 10.00 | |
| 4/23 | 1167 | | | 1,915.00 | |
| 4/23 | 1158 | | | 2,070.00 | |
| 4/23 | 1174 | | | 25.00 | |
| 4/23 | 1173 | | | 887.40 | 159,891.76 |



---

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/26 | | | 204.36 | | |
| 4/26 | | | 094.07 | | |
| 4/26 | | | 000.00 | | |
| 4/26 | | | | 29.27 | |
| 4/26 | | | | 194.40 | |
| 4/26 | | | | 38.81 | |
| 4/26 | | | | 250.00 | |
| 4/26 | | | | 322.54 | |
| 4/26 | | | | 918.44 | |
| 4/26 | | | | 9.98 | |
| 4/26 | | | | 91.84 | |
| 4/26 | | | | 325.79 | |
| 4/26 | | | | 61.54 | |
| 4/26 | | | | 156.52 | |
| 4/26 | | | | 155.85 | |
| 4/26 | 1168 | | | 375.00 | |
| 4/26 | | | | 1,732.77 | |
| 4/26 | | | | 2,000.00 | |
| 4/26 | 1170 | | | 537.00 | |
| 4/26 | | | | 1.85 | |
| 4/26 | | Robinhood Funds 210423 xxxxx5207 Mirza Baig | | 10,000.00 | 159,988.59 |
| 4/27 | | | 3,335.20 | | |
| 4/27 | | | 30,844.60 | | |
| 4/27 | | | | 1,318.35 | |
| 4/27 | | | | 250.00 | |
| 4/27 | | | | 8,310.76 | |
| 4/27 | | | | 93.47 | |
| 4/27 | < | | | 164.00 | |
| 4/27 | 1172 | | | 468.00 | 183,563.81 |
| 4/28 | | | | 194.40 | |
| 4/28 | < | | | 5,193.47 | 178,175.94 |
| 4/29 | | | 194.40 | | |

WFB 00141



---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 5/11 | | | | 1,000.00 | |
| 5/11 | | | | 250.00 | |
| 5/11 | | | | 250.00 | |
| 5/11 | | | | 1,620.75 | |
| 5/11 | | | | 9,627.10 | |
| 5/11 | < | | | 206.00 | |
| 5/11 | < | | | 352.00 | |
| 5/11 | < | | | 435.00 | |
| 5/11 | | Robinhood Funds 210510 xxxxx5207 Mirza Baig | | 2,500.00 | |
| 5/11 | < | | | 32,150.00 | 249,787.28 |
| 5/12 | | | 231.38 | | |
| 5/12 | | | | 99.95 | |
| 5/12 | | | | 511.96 | |
| 5/12 | | | | 76.02 | |
| 5/12 | | | | 250.00 | |
| 5/12 | | | | 52.99 | |
| 5/12 | | | | 19.77 | |
| 5/12 | | | | 217.20 | |
| 5/12 | | | | 9.99 | |
| 5/12 | | | | 616.39 | |
| 5/12 | < | | | 54.00 | |
| 5/12 | < | | | 207.00 | |
| 5/12 | < | | | 220.00 | |
| 5/12 | < | | | 226.00 | |
| 5/12 | < | | | 384.00 | 247,073.39 |
| 5/13 | | | 41,250.57 | | |
| 5/13 | | | 55,175.00 | | |
| 5/13 | | | 13,413.00 | | |
| 5/13 | | | | 172.90 | |
| 5/13 | | | | 181.41 | |
| 5/13 | | | | 250.00 | |



**Transaction history (continued)**

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 6/21 | | | | 10.85 | |
| 6/21 | | | | 34.74 | |
| 6/21 | 1235 | | | 3,440.75 | |
| 6/21 | 1233 | | | 375.00 | |
| 6/21 | 1236 | | | 849.00 | |
| 6/21 | | | | 1,540.00 | |
| 6/21 | | | | 100.00 | |
| 6/21 | < | | | 205.00 | |
| 6/21 | | | | 300.00 | |
| 6/21 | 1232 | | | 256.00 | |
| 6/21 | 50023 | | | 441.75 | 205,503.72 |
| 6/22 | | | 41,342.02 | | |
| 6/22 | | | 31,300.00 | | |
| 6/22 | | | 22,000.00 | | |
| 6/22 | | | 1,080.00 | | |
| 6/22 | | | 17,000.00 | | |
| 6/22 | | | | 192.00 | |
| 6/22 | | | | 348.82 | |
| 6/22 | | | | 51.68 | |
| 6/22 | | | | 49.60 | |
| 6/22 | | | | 37.12 | |
| 6/22 | | | | 38.10 | |
| 6/22 | | | | 86.19 | |
| 6/22 | | | | 62.15 | |
| 6/22 | | | | 19.05 | |
| 6/22 | | | | 120.00 | |
| 6/22 | < | | | 97.00 | |
| 6/22 | | Robinhood Funds 210621 xxxxx5207 Mirza Baig | | 10,000.00 | |
| 6/22 | < | | | 526.56 | |
| 6/22 | < | | | 782.58 | |
| 6/22 | 1239 | | | 1,750.00 | 304,064.89 |
| 6/23 | | | | 3,537.02 | |
| 6/23 | | | | 100.64 | |
| 6/23 | | | | 104.07 | |
| 6/23 | | | | 3.00 | |
| 6/23 | < | | | 38.89 | 300,281.27 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------|-------------|-------------------|---------------------|----------------------|
| 7/21 | | | | 677.71 | |
| 7/21 | | | | 500.00 | |
| 7/21 | | | | 250.00 | |
| 7/21 | | | | 14,625.00 | |
| 7/21 | | | | 117.85 | |
| 7/21 | | | | 34.75 | |
| 7/21 | < | | | 42.63 | |
| 7/21 | | Robinhood Debits xxxxx5207 Mirza Baig | | 5,000.00 | |
| 7/21 | 50034 | | | 549.27 | 358,476.42 |
| 7/22 | | | 1,641.14 | | |
| 7/22 | | | 29,885.15 | | |
| 7/22 | | | 49,538.00 | | |
| 7/22 | | | 5,000.00 | | |
| 7/22 | | | | 30.00 | |
| 7/22 | | | | 168.40 | |
| 7/22 | | | | 14.99 | |
| 7/22 | | | | 867.58 | |
| 7/22 | | | | 10,000.00 | |
| 7/22 | | | | 2,500.00 | |
| 7/22 | | | | 316,430.08 | |
| 7/22 | | | | 0.95 | |
| 7/22 | | | | 10,319.75 | |
| 7/22 | 1264 | | | 316.80 | 103,892.16 |
| 7/23 | | | 3,570.00 | | |
| 7/23 | | | 21,628.94 | | |
| 7/23 | | | 17,710.00 | | |
| 7/23 | | | 12,419.97 | | |
| 7/23 | | | | 342.99 | |
| 7/23 | | | | 104.44 | |
| 7/23 | | | | 195.41 | |
| 7/23 | | | | 250.00 | |
| 7/23 | | | | 22.82 | |
| 7/23 | < | | | 87.32 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/7 | | | | 2,500.00 | |
| 9/7 | | | | 1,179.77 | |
| 9/7 | | | | 250,000.00 | |
| 9/7 | 1323 | | | 1,779.42 | |
| 9/7 | 1324 | | | 524.52 | |
| 9/7 | 1310 | | | 8,640.00 | |
| 9/7 | 1318 | | | 150.00 | |
| 9/7 | 50043 | | | 431.47 | |
| 9/7 | 50045 | | | 565.43 | 221,602.76 |
| 9/8 | | | 65.00 | | |
| 9/8 | | | | 21.71 | |
| 9/8 | | | | 20.95 | |
| 9/8 | | | | 1,173.87 | |
| 9/8 | | | | 16.44 | |
| 9/8 | | | | 250.00 | |
| 9/8 | | | | 250.00 | |
| 9/8 | | | | 2,500.00 | |
| 9/8 | | Robinhood Debits xxxxx5207 Mirza Baig | | 5,000.00 | |
| 9/8 | 1319 | | | 12,160.00 | 200,274.79 |
| 9/9 | | | 4,507.86 | | |
| 9/9 | | | 20,800.00 | | |
| 9/9 | | | 14,550.00 | | |
| 9/9 | | | 10,945.00 | | |
| 9/9 | | | | 10.00 | |
| 9/9 | | | | 11.79 | |
| 9/9 | | | | 19.61 | |
| 9/9 | | | | 250.00 | |
| 9/9 | | | | 53.35 | |
| 9/9 | | | | 105.00 | |
| 9/9 | | | | 215.80 | |
| 9/9 | < | | | 45.00 | |
| 9/9 | < | | | 45.00 | |
| 9/9 | < | | | 45.00 | 250,277.10 |
| 9/10 | | | 19,162.00 | | |
| 9/10 | | | 2,650.00 | | |
| 9/10 | | | 27,875.00 | | |
| 9/10 | | | | 348.12 | |

WFB 00208



---

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/14 | | | | 30.00 | |
| 9/14 | | | | 30.00 | |
| 9/14 | | | | 30.00 | |
| 9/14 | | | | 434.39 | |
| 9/14 | | | | 154.31 | |
| 9/14 | | | | 8.00 | |
| 9/14 | | | | 32.19 | |
| 9/14 | | | | 69.00 | |
| 9/14 | | | | 25,000.00 | |
| 9/14 | | | | 111,568.90 | |
| 9/14 | | | | 175,000.00 | |
| 9/14 | < | | | 43.81 | |
| 9/14 | 1325 | | | 13,185.00 | 170,247.31 |
| 9/15 | | | 14,485.00 | | |
| 9/15 | | | 27,000.00 | | |
| 9/15 | | | 31,968.00 | | |
| 9/15 | | | | 8.68 | |
| 9/15 | | | | 250.00 | |
| 9/15 | | | | 500.00 | |
| 9/15 | | | | 338.83 | |
| 9/15 | | | | 116.59 | |
| 9/15 | | Robinhood Debits xxxxx5207 Mirza Baig | | 5,000.00 | |
| 9/15 | | Robinhood Debits xxxxx1354 Zachariah Gleason | | 5,000.00 | |
| 9/15 | 1335 | | | 895.00 | |
| 9/15 | 1334 | | | 6,080.00 | |
| 9/15 | 50049 | | | 463.74 | |
| 9/15 | 50050 | | | 389.47 | 224,658.00 |
| 9/16 | | | 6,533.89 | | |
| 9/16 | | | | 15,814.00 | |
| 9/16 | | | | 12.09 | |
| 9/16 | | | | 134.83 | |
| 9/16 | | | | 250.00 | |
| 9/16 | | | | 250.00 | |
| 9/16 | 1326 | | | 868.00 | |
| 9/16 | | | | 750.00 | 213,112.97 |
| 9/17 | | | 4,063.64 | | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 10/6 | | | | 500.00 | |
| 10/6 | | | | 500.00 | |
| 10/6 | | | | 500.00 | |
| 10/6 | | | | 5,000.00 | |
| 10/6 | < | | | 47.79 | |
| 10/6 | | | | 109.98 | 236,412.23 |
| 10/7 | | | 30,747.45 | | |
| 10/7 | | | 16,875.00 | | |
| 10/7 | | | | 250.00 | |
| 10/7 | | | | 250.00 | |
| 10/7 | | | | 26.35 | |
| 10/7 | | | | 500.00 | |
| 10/7 | | | | 77.89 | |
| 10/7 | | | | 215.36 | |
| 10/7 | | | | 2,925.15 | |
| 10/7 | | | | 9,168.00 | |
| 10/7 | | | | 110.13 | |
| 10/7 | | | | 20,000.00 | |
| 10/7 | | | | 476.70 | |
| 10/7 | 1364 | | | 521.28 | |
| 10/7 | | Robinhood Debits xxxxx5207 Mirza Baig | | 2,725.27 | |
| 10/7 | | Robinhood Debits xxxxx5207 Mirza Baig | | 5,500.00 | |
| 10/7 | 1360 | | | 19,655.00 | 221,633.55 |
| 10/8 | | | 2,127.25 | | |
| 10/8 | | | 8,190.00 | | |
| 10/8 | | | 26,171.65 | | |
| 10/8 | | | 450,000.00 | | |
| 10/8 | | | 52,865.00 | | |
| 10/8 | | | 188,250.00 | | |
| 10/8 | | | 23,820.00 | | |
| 10/8 | | | 25,575.00 | | |
| 10/8 | | | | 30.00 | |
| 10/8 | | | | 30.00 | |
| 10/8 | | | | 500.00 | |