# EXHIBIT

# "5"

**DECEMBER 15, 2020, TEXT MESSAGE BETWEEN ZACH GLEASON AND JOHN SCHAEFER**

Yes but I want to make sure we're on the same page, I have not accepted financial responsibility for these invoices as the inventory is in the 3PL.

Also there should be a front page on the strategy tab, let me know if it is still not showing up. I will attach to the email just in case



Week over Week Summary 12-15...

Spreadsheet

 John Schaefer  Dec 15, 2020

to me ⌄