

2888\23361124.v1

| Date | JRNL | Account | Ref | Due Date | Matchi | Initial Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **IGNITE INTERNATIONAL** | | | | | | 0 | 11106045.02 | 11988251.69 | **-882206.67** |
| 01/17/2021 | BILL | 211000 | BILL/2021/01/0002-, 1/14 | 2021-01-17 | P | 0 | | 184800 | -184800 |
| 01/19/2021 | BNK1 | 211000 | BNK1/2021/01/0577-102 | 2021-01-19 | P | -184800 | 50000 | | -134800 |
| 01/19/2021 | BNK1 | 211000 | BNK1/2021/01/0578-102 | 2021-01-19 | P | -134800 | 126200 | | -8600 |
| 01/19/2021 | BNK1 | 211000 | BNK1/2021/01/0396-3207/2021/12/0331 | | A2964 | -8600 | | 50000 | -58600 |
| 01/22/2021 | BNK1 | 211000 | BNK1/2021/01/0579-102 | 2021-01-22 | P | -58600 | 184300 | | 125700 |
| 01/29/2021 | BILL | 211000 | BILL/2021/01/0005 | 2021-01-29 | P | 125700 | | 18400 | 107300 |
| 01/29/2021 | BNK1 | 211000 | BNK1/2021/01/0580-102 | 2021-01-29 | P | 107300 | 253483.55 | | 360783.55 |
| 02/02/2021 | BILL | 211000 | BILL/2021/02/0001-1.28. | 2021-02-02 | A2972 | 360783.55 | | 6600 | 354183.55 |
| 02/02/2021 | BILL | 211000 | BILL/2021/02/0002 | 2021-02-02 | P | 354183.55 | | 1875 | 352308.55 |
| 02/02/2021 | BILL | 211000 | BILL/2021/02/0003-2.1.2 | 2021-02-02 | P | 352308.55 | | 40800 | 311508.55 |
| 02/02/2021 | BILL | 211000 | BILL/2021/02/0004 | 2021-02-02 | | 311508.55 | | 41800 | 269708.55 |
| 02/02/2021 | BILL | 211000 | BILL/2021/02/0005-2.2.2 | 2021-02-02 | P | 269708.55 | | 7200 | 262508.55 |
| 02/04/2021 | BILL | 211000 | BILL/221/02/0006 | 2021-02-04 | P | 262508.55 | | 38400 | 224108.55 |
| 02/04/2021 | BILL | 211000 | BILL/2021/02/0007 | 2021-02-04 | P | 224108.55 | | 9600 | 214508.55 |
| 02/04/2021 | INV | 121000 | INV/2021/02/0224 | 2021-02-04 | A2343 | 214508.55 | 11174.26 | | 225682.81 |
| 02/05/2021 | BNK1 | 211000 | BNK1/2021/02/0069-102 | 2021-02-05 | A2972 | 225682.81 | 6600 | | 232282.81 |
| 02/05/2021 | BNK1 | 211000 | BNK1/2021/02/0587-102 | 2021-02-05 | P | 232282.81 | 111900 | | 344182.81 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0009 | 2021-02-12 | P | 344182.81 | | 26500 | 317682.81 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0010-1-21- | 2021-02-12 | P | 317682.81 | | 46500 | 271182.81 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0011 | 2021-02-12 | P | 271182.81 | | 6600 | 264582.81 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0012-1-20- | 2021-02-12 | P | 264582.81 | | 46400 | 218182.81 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0013 | 2021-02-12 | P | 218182.81 | | 1838.55 | 216344.26 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0014-Free | 2021-02-12 | | 216344.26 | | | 216344.26 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0015 | 2021-02-12 | P | 216344.26 | | 38400 | 177944.26 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0016-HC n | 2021-02-12 | P | 177944.26 | | 4800 | 173144.26 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0017 | 2021-02-12 | P | 173144.26 | | 37400 | 135744.26 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0018-HC T | 2021-02-12 | P | 135744.26 | | 67200 | 68544.26 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0019 | 2021-02-12 | P | 68544.26 | | 7200 | 61344.26 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0020-HC n | 2021-02-12 | P | 61344.26 | | 40800 | 20544.26 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0021-HC n | 2021-02-12 | P | 20544.26 | | 7200 | 13344.26 |
| 02/12/2021 | BILL | 211000 | BILL/2021/02/0022-HC n | 2021-02-12 | P | 13344.26 | | 14400 | -1055.74 |
| 02/17/2021 | BNK1 | 211000 | BNK1/2021/02/0588-102 | 2021-02-17 | P | -1055.74 | 148800 | | 147744.26 |
| 02/19/2021 | BNK1 | 211000 | BNK1/2021/02/0589-102 | 2021-02-19 | P | 147744.26 | 7026.14 | | 154770.4 |
| 02/19/2021 | BNK1 | 121000 | BNK1/2021/02/0486-WT FED#09262 ESQUIRI | | | 154770.4 | | 14052.28 | 140718.12 |
| 02/24/2021 | BILL | 211000 | BILL/2021/02/0026-HC tr | 2021-02-24 | P | 140718.12 | | 21600 | 119118.12 |
| 02/24/2021 | BILL | 211000 | BILL/2021/02/0030-HC Ir | 2021-02-24 | P | 119118.12 | | 19200 | 99918.12 |
| 02/24/2021 | BNK1 | 211000 | BNK1/2021/02/0582-Pmt | 2021-02-24 | P | 99918.12 | 24302.62 | | 124220.74 |
| 02/26/2021 | BNK1 | 211000 | BNK1/2021/02/0590-102 | 2021-02-26 | P | 124220.74 | 24209.82 | | 148430.56 |
| 02/26/2021 | BNK1 | 211000 | BNK1/2021/02/0591-102 | 2021-02-26 | P | 148430.56 | 7245.58 | | 155676.14 |
| 03/04/2021 | BNK1 | 121000 | BNK1/2021/03/0765-INV | 2021-03-04 | A2343 | 155676.14 | | 11174.26 | 144501.88 |
| 03/04/2021 | BNK1 | 211000 | BNK1/2021/03/0780-WT | 2021-03-04 | P | 144501.88 | 108502.5 | | 253004.38 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0001 | 2021-03-05 | P | 253004.38 | | 4800 | 248204.38 |

| | JRNL | Account | Ref | Due Date | Matchi | Initial Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0002 | 2021-03-05 | P | 248204.38 | | 57600 | 190604.38 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0003 | 2021-03-05 | P | 190604.38 | | 50400 | 140204.38 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0004 | 2021-03-05 | P | 140204.38 | | 945 | 139259.38 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0005-HC T | 2021-03-05 | P | 139259.38 | | 31.5 | 139227.88 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0006-S006 | 2021-03-05 | P | 139227.88 | | 126 | 139101.88 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0007-HC T | 2021-03-05 | P | 139101.88 | | 86400 | 52701.88 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0008-HC n | 2021-03-05 | P | 52701.88 | | 62100 | -9398.12 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0009-HC N | 2021-03-05 | P | -9398.12 | | 4600 | -13998.12 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0010-HC T | 2021-03-05 | P | -13998.12 | | 25300 | -39298.12 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0011-# S0( | 2021-03-05 | P | -39298.12 | | 315 | -39613.12 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0012-HC T | 2021-03-05 | P | -39613.12 | | 94300 | -133913.12 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0013-3.5.2 | 2021-03-05 | P | -133913.12 | | 9200 | -143113.12 |
| 03/05/2021 | BILL | 211000 | BILL/2021/03/0024 | 2021-03-05 | P | -143113.12 | | 283.5 | -143396.62 |
| 03/12/2021 | BILL | 211000 | BILL/2021/03/0025-3.12. | 2021-03-12 | P | -143396.62 | | 16100 | -159496.62 |
| 03/15/2021 | BNK1 | 211000 | BNK1/2021/03/0781-WT | 2021-03-15 | P | -159496.62 | 278100 | | 118603.38 |
| 03/22/2021 | BILL | 211000 | BILL/2021/03/0023-3.22. | 2021-03-22 | P | 118603.38 | | 43700 | 74903.38 |
| 03/23/2021 | BILL | 211000 | BILL/2021/03/0017-3.8.2 | 2021-03-23 | P | 74903.38 | | 6900 | 68003.38 |
| 03/23/2021 | BNK1 | 211000 | BNK1/2021/03/0782-102 | 2021-03-23 | P | 68003.38 | 136015 | | 204018.38 |
| 03/29/2021 | BILL | 211000 | BILL/2021/03/0018-3.9.2 | 2021-03-29 | P | 204018.38 | | 13800 | 190218.38 |
| 03/29/2021 | BILL | 211000 | BILL/2021/03/0019-3.8.2 | 2021-03-29 | P | 190218.38 | | 78200 | 112018.38 |
| 03/29/2021 | BILL | 211000 | BILL/2021/03/0020-3.10. | 2021-03-29 | P | 112018.38 | | 55200 | 56818.38 |
| 03/29/2021 | BILL | 211000 | BILL/2021/03/0021-LAIN | 2021-03-29 | P | 56818.38 | | 157.5 | 56660.88 |
| 03/29/2021 | BILL | 211000 | BILL/2021/03/0022 | 2021-03-29 | P | 56660.88 | | 567 | 56093.88 |
| 03/30/2021 | BNK1 | 211000 | BNK1/2021/03/0783-WT | 2021-03-30 | P | 56093.88 | 147924.5 | | 204018.38 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0029-3.16. | 2022-04-06 | | 204018.38 | | | 204018.38 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0031-3.22. | 2022-05-06 | P | 204018.38 | | 6900 | 197118.38 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0032-3.22. | 2022-05-06 | P | 197118.38 | | 4600 | 192518.38 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0033-3.16. | 2022-05-06 | P | 192518.38 | | 13800 | 178718.38 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0034-3.17. | 2022-05-06 | P | 178718.38 | | 20700 | 158018.38 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0035-LAIN | 2022-05-07 | P | 158018.38 | | 2969.82 | 155048.56 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0036-3.12. | 2022-05-07 | P | 155048.56 | | 126 | 154922.56 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0037-S009 | 2022-05-07 | P | 154922.56 | | 378 | 154544.56 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0038-3.17. | 2022-05-07 | P | 154544.56 | | 2300 | 152244.56 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0039-3.19. | 2022-05-07 | P | 152244.56 | | 43700 | 108544.56 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0040 | 2022-05-07 | P | 108544.56 | | 6735 | 101809.56 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0041-3.22. | 2022-05-07 | P | 101809.56 | | 7687.5 | 94122.06 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0042-LAIN | 2022-05-07 | P | 94122.06 | | 1827 | 92295.06 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0043-3.24. | 2022-05-07 | P | 92295.06 | | 1350 | 90945.06 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0044-3.24. | 2022-05-07 | P | 90945.06 | | 562.5 | 90382.56 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0045-3.24. | 2022-05-07 | P | 90382.56 | | 37.5 | 90345.06 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0046-3.25. | 2022-05-07 | P | 90345.06 | | 69000 | 21345.06 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0047-3.26. | 2022-05-07 | P | 21345.06 | | 18400 | 2945.06 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0048-3.26. | 2022-05-07 | P | 2945.06 | | 11500 | -8554.94 |

| Date | JRNL | Account | Ref | Due Date | Matchi | Initial Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/2021 | BILL | 211000 | Bill/2021/03/0019-3.16.2 | 2022-07-21 | P | -8554.94 | | 27600 | -36154.94 |
| 03/31/2021 | BILL | 211000 | BILL/2021/03/0054-3.23. | 2022-07-21 | P | -36154.94 | | 4600 | -40754.94 |
| 04/02/2021 | BNK1 | 211000 | BNK1/2021/04/0606-WT | 2021-04-02 | P | -40754.94 | 164714.64 | | 123959.7 |
| 04/09/2021 | BILL | 211000 | BILL/2021/04/0016-LAIN | 2021-04-29 | P | 123959.7 | | 252 | 123707.7 |
| 04/11/2021 | BILL | 211000 | BILL/2021/04/0017-LAIN | 2021-04-29 | P | 123707.7 | | 157.5 | 123550.2 |
| 04/12/2021 | BILL | 211000 | BILL/2021/04/0018-4.12. | 2021-04-29 | P | 123550.2 | | 46000 | 77550.2 |
| 04/12/2021 | BILL | 211000 | BILL/2021/04/0019-4.12. | 2021-04-29 | P | 77550.2 | | 46000 | 31550.2 |
| 04/12/2021 | BNK1 | 211000 | BNK1/2021/04/0607-WT | 2021-04-12 | P | 31550.2 | 178470.32 | | 210020.52 |
| 04/13/2021 | BILL | 211000 | BILL/2021/04/0004-4.5.2 | 2021-04-13 | P | 210020.52 | | 71300 | 138720.52 |
| 04/13/2021 | BILL | 211000 | BILL/2021/04/0005-4.5.2 | 2021-04-13 | P | 138720.52 | | 4875.92 | 133844.6 |
| 04/13/2021 | BILL | 211000 | BILL/2021/04/0006-4.5.2 | 2021-04-13 | P | 133844.6 | | 92000 | 41844.6 |
| 04/13/2021 | BILL | 211000 | BILL/2021/04/0007-LAIN | 2021-04-13 | P | 41844.6 | | 132 | 41712.6 |
| 04/13/2021 | BILL | 211000 | BILL/2021/04/0008-4.8.2 | 2021-04-13 | P | 41712.6 | | 18400 | 23312.6 |
| 04/13/2021 | BILL | 211000 | BILL/2021/04/0009-4.8.2 | 2021-04-13 | P | 23312.6 | | 25300 | -1987.4 |
| 04/13/2021 | BILL | 211000 | BILL/2021/04/0010-4.9.2 | 2021-04-13 | P | -1987.4 | | 38175 | -40162.4 |
| 04/13/2021 | BILL | 211000 | BILL/2021/04/0011-4.9.2 | 2021-04-13 | P | -40162.4 | | 20700 | -60862.4 |
| 04/13/2021 | BILL | 211000 | BILL/2021/04/0012-4.9.2 | 2021-04-13 | P | -60862.4 | | 37.5 | -60899.9 |
| 04/13/2021 | BILL | 211000 | BILL/2021/04/0013-4.9.2 | 2021-04-13 | P | -60899.9 | | 13800 | -74699.9 |
| 04/14/2021 | BILL | 211000 | BILL/2021/04/0021 | 2021-04-29 | P | -74699.9 | | 2904 | -77603.9 |
| 04/14/2021 | BILL | 211000 | BILL/2021/04/0022-4.14. | 2021-04-29 | P | -77603.9 | | 46748.6 | -124352.5 |
| 04/14/2021 | BILL | 211000 | BILL/2021/04/0023-LAIN | 2021-04-29 | P | -124352.5 | | 409.5 | -124762 |
| 04/14/2021 | BILL | 211000 | BILL/2021/04/0024-4.14. | 2021-04-29 | P | -124762 | | 13800 | -138562 |
| 04/14/2021 | BNK1 | 211000 | BNK1/2021/04/0608-WT | 2021-04-14 | P | -138562 | 267194.5 | | 128632.5 |
| 04/15/2021 | BILL | 211000 | BILL/2021/04/0025-4.15. | 2021-04-29 | P | 128632.5 | | 29900 | 98732.5 |
| 04/15/2021 | BILL | 211000 | BILL/2021/04/0026-4.15. | 2021-04-29 | P | 98732.5 | | 16100 | 82632.5 |
| 04/15/2021 | BILL | 211000 | BILL/2021/04/0027-LAIN | 2021-04-29 | P | 82632.5 | | 358.5 | 82274 |
| 04/16/2021 | BILL | 211000 | BILL/2021/04/0028-4.16. | 2021-04-29 | P | 82274 | | 55200 | 27074 |
| 04/21/2021 | BILL | 211000 | BILL/2021/04/0020-4.21. | 2021-04-29 | P | 27074 | | 1687.5 | 25386.5 |
| 04/23/2021 | BNK1 | 211000 | BNK1/2021/04/0609-WT | 2021-04-23 | P | 25386.5 | 259165 | | 284551.5 |
| 04/27/2021 | INV | 121000 | INV/2021/04/0217-Ignite | 2021-04-27 | A2390 | 284551.5 | 15207.3 | | 299758.8 |
| 04/30/2021 | BILL | 211000 | BILL/2021/04/0030-4.16. | 2021-05-17 | P | 299758.8 | | 23000 | 276758.8 |
| 04/30/2021 | BILL | 211000 | BILL/2021/04/0036-3.31. | 2022-05-07 | P | 276758.8 | | 85100 | 191658.8 |
| 04/30/2021 | BILL | 211000 | BILL/2021/04/0037-3.31. | 2022-05-07 | P | 191658.8 | | 20700 | 170958.8 |
| 04/30/2021 | BILL | 211000 | BILL/2021/04/0038-S011 | 2022-05-07 | P | 170958.8 | | 327 | 170631.8 |
| 04/30/2021 | BILL | 211000 | BILL/2021/04/0039-4.1.2 | 2022-05-07 | P | 170631.8 | | 29900 | 140731.8 |
| 04/30/2021 | BILL | 211000 | BILL/2021/04/0040-4.2.2 | 2022-05-07 | P | 140731.8 | | 6900 | 133831.8 |
| 04/30/2021 | BILL | 211000 | BILL/2021/04/0041-4.19. | 2022-05-07 | P | 133831.8 | | 39100 | 94731.8 |
| 05/03/2021 | BILL | 211000 | BILL/2021/05/0003-4.16. | 2021-05-17 | P | 94731.8 | | 13800 | 80931.8 |
| 05/03/2021 | BILL | 211000 | BILL/2021/05/0004-4.19. | 2021-05-17 | P | 80931.8 | | 6900 | 74031.8 |
| 05/04/2021 | BNK1 | 211000 | BNK1/2021/05/0784-WT | 2021-05-04 | P | 74031.8 | 194958.5 | | 268990.3 |
| 05/05/2021 | INV | 121000 | INV/2021/05/0016-April 3 | 2021-05-05 | A2393 | 268990.3 | 9885.24 | | 278875.54 |
| 05/07/2021 | BNK1 | 211000 | BNK1/2021/05/0785-WT | 2021-05-07 | P | 278875.54 | 206181.5 | | 485057.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0005-4.20. | 2021-05-17 | P | 485057.04 | | 17500 | 467557.04 |

| | JRNL | Account | Ref | Due Date | Matchi | Initial Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0006-4.20. | 2021-05-17 | P | 467557.04 | | 11500 | 456057.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0007-4.20. | 2021-05-17 | P | 456057.04 | | 2300 | 453757.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0008-4.20. | 2021-05-17 | P | 453757.04 | | 11500 | 442257.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0009-4.21. | 2021-05-17 | P | 442257.04 | | 29900 | 412357.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0010-4.21. | 2021-05-17 | P | 412357.04 | | 4600 | 407757.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0011-4.21. | 2021-05-17 | P | 407757.04 | | 2300 | 405457.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0012-4.21. | 2021-05-17 | P | 405457.04 | | 27600 | 377857.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0013-4.22. | 2021-05-17 | P | 377857.04 | | 39100 | 338757.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0014-4.22. | 2021-05-17 | P | 338757.04 | | 4600 | 334157.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0015-4.22. | 2021-05-17 | P | 334157.04 | | 36800 | 297357.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0016-4.23. | 2021-05-17 | P | 297357.04 | | 6900 | 290457.04 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0017 | 2021-05-17 | P | 290457.04 | | 31.5 | 290425.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0018-4.26. | 2021-05-17 | P | 290425.54 | | 36800 | 253625.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0019-4.26. | 2021-05-17 | P | 253625.54 | | 6900 | 246725.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0020-4.27. | 2021-05-17 | P | 246725.54 | | 20700 | 226025.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0021-4.27. | 2021-05-17 | P | 226025.54 | | 29900 | 196125.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0022-4.27. | 2021-05-17 | P | 196125.54 | | 4600 | 191525.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0023-4.28. | 2021-05-17 | P | 191525.54 | | 21300 | 170225.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0024-4.28. | 2021-05-17 | P | 170225.54 | | 4600 | 165625.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0025-4.28. | 2021-05-17 | P | 165625.54 | | 3150 | 162475.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0026-4.29. | 2021-05-17 | P | 162475.54 | | 32200 | 130275.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0027-4.29. | 2021-05-17 | P | 130275.54 | | 2300 | 127975.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0028-4.30. | 2021-05-17 | P | 127975.54 | | 4600 | 123375.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0029-4.29. | 2021-05-17 | P | 123375.54 | | 20700 | 102675.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0030-4.30. | 2021-05-17 | P | 102675.54 | | 150 | 102525.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0031-5.3.2 | 2021-05-17 | P | 102525.54 | | 32200 | 70325.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0032 | 2021-05-17 | P | 70325.54 | | 252 | 70073.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0033-5.4.2 | 2021-05-17 | P | 70073.54 | | 13800 | 56273.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0034-5.4.2 | 2021-05-17 | P | 56273.54 | | 2300 | 53973.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0035-5.4.2 | 2021-05-17 | P | 53973.54 | | 23000 | 30973.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0036-5.4.2 | 2021-05-17 | P | 30973.54 | | 25300 | 5673.54 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0037-5.4.2 | 2021-05-17 | P | 5673.54 | | 34500 | -28826.46 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0038-5.4.2 | 2021-05-17 | P | -28826.46 | | 41400 | -70226.46 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0039-5.5.2 | 2021-05-17 | P | -70226.46 | | 41400 | -111626.46 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0040-5.5.2 | 2021-05-17 | P | -111626.46 | | 26925 | -138551.46 |
| 05/17/2021 | BILL | 211000 | BILL/2021/05/0041-LAIN | 2021-05-17 | P | -138551.46 | | 157.5 | -138708.96 |
| 05/17/2021 | BNK1 | 211000 | BNK1/2021/05/0786-WT | 2021-05-17 | P | -138708.96 | 269020.5 | | 130311.54 |
| 05/21/2021 | BNK1 | 121000 | BNK1/2021/05/0761-INV | 2021-05-21 | A2390 | 130311.54 | | 15207.3 | 115104.24 |
| 05/31/2021 | BILL | 211000 | BILL/2021/05/0055-6.29. | 2022-07-21 | | 115104.24 | | | 115104.24 |
| 06/01/2021 | BNK1 | 211000 | BNK1/2021/06/0684-WT | 2021-06-01 | P | 115104.24 | 196319 | | 311423.24 |
| 06/04/2021 | BNK1 | 121000 | BNK1/2021/06/0284-INV | 2021-06-04 | A2393 | 311423.24 | | 9885.24 | 301538 |
| 06/04/2021 | BNK1 | 211000 | BNK1/2021/06/0685-WT | 2021-06-04 | P | 301538 | 317105.1 | | 618643.1 |
| 06/08/2021 | BILL | 211000 | BILL/2021/06/0056-6.8.2 | 2021-06-29 | P | 618643.1 | | 57554 | 561089.1 |

| Date | JRNL | Account | Ref | Due Date | Matchi | Initial Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/09/2021 | BILL | 211000 | BILL/2021/06/0058 | 2021-06-29 | P | 561089.1 | | 132 | 560957.1 |
| 06/10/2021 | BILL | 211000 | BILL/2021/06/0060-6.10. | 2021-06-29 | P | 560957.1 | | 66700 | 494257.1 |
| 06/10/2021 | BILL | 211000 | BILL/2021/06/0061-6.10. | 2021-06-29 | P | 494257.1 | | 34500 | 459757.1 |
| 06/10/2021 | BILL | 211000 | BILL/2021/06/0062-6.10. | 2021-06-29 | P | 459757.1 | | 39100 | 420657.1 |
| 06/11/2021 | BNK1 | 211000 | BNK1/2021/06/0686-WT | 2021-06-11 | P | 420657.1 | 385070.5 | | 805727.6 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0004-LAIN | 2021-06-15 | P | 805727.6 | | 283.5 | 805444.1 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0005-5.6.2 | 2021-06-15 | P | 805444.1 | | 34500 | 770944.1 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0006-5.6.2 | 2021-06-15 | P | 770944.1 | | 11500 | 759444.1 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0007-LAIN | 2021-06-15 | P | 759444.1 | | 3370.5 | 756073.6 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0008-5.10. | 2021-06-15 | P | 756073.6 | | 43700 | 712373.6 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0009-5.10. | 2021-06-15 | P | 712373.6 | | 34500 | 677873.6 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0010-5.11. | 2021-06-15 | P | 677873.6 | | 6900 | 670973.6 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0011-5.11. | 2021-06-15 | P | 670973.6 | | 16100 | 654873.6 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0012-5.11. | 2021-06-15 | P | 654873.6 | | 2300 | 652573.6 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0013-5.12. | 2021-06-15 | P | 652573.6 | | 18400 | 634173.6 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0014-S015 | 2021-06-15 | P | 634173.6 | | 1323 | 632850.6 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0015-4.14. | 2021-06-15 | P | 632850.6 | | 369.6 | 632481 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0016-5.14. | 2021-06-15 | P | 632481 | | 23000 | 609481 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0017-5.14. | 2021-06-15 | P | 609481 | | 2300 | 607181 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0018-5.14. | 2021-06-15 | P | 607181 | | 1875 | 605306 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0019-4.17. | 2021-06-15 | P | 605306 | | 8625 | 596681 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0020-LAIN | 2021-06-15 | P | 596681 | | 94.5 | 596586.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0021-5.18. | 2021-06-15 | P | 596586.5 | | 62100 | 534486.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0022-5.17. | 2021-06-15 | P | 534486.5 | | 9375 | 525111.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0023-5.17. | 2021-06-15 | P | 525111.5 | | 180 | 524931.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0024-5.18. | 2021-06-15 | P | 524931.5 | | 2300 | 522631.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0025-5.19. | 2021-06-15 | P | 522631.5 | | 2300 | 520331.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0026-5.19. | 2021-06-15 | P | 520331.5 | | 9200 | 511131.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0027-5.20. | 2021-06-15 | P | 511131.5 | | 9200 | 501931.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0028-5.20. | 2021-06-15 | P | 501931.5 | | 2300 | 499631.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0029-5.21. | 2021-06-15 | P | 499631.5 | | 18400 | 481231.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0030-5.21. | 2021-06-15 | P | 481231.5 | | 2300 | 478931.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0031-5.24. | 2021-06-15 | P | 478931.5 | | 18400 | 460531.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0032-5.24. | 2021-06-15 | P | 460531.5 | | 9200 | 451331.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0033-5.24. | 2021-06-15 | P | 451331.5 | | 2300 | 449031.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0034-5.24. | 2021-06-15 | P | 449031.5 | | 36 | 448995.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0035-5.24. | 2021-06-15 | P | 448995.5 | | 32050 | 416945.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0036-5.24. | 2021-06-15 | P | 416945.5 | | 64400 | 352545.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0037-5.24. | 2021-06-15 | P | 352545.5 | | 36800 | 315745.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0038-5.26. | 2021-06-15 | P | 315745.5 | | 32200 | 283545.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0040-5.26. | 2021-06-15 | P | 283545.5 | | 2300 | 281245.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0041-5.27. | 2021-06-15 | P | 281245.5 | | 29900 | 251345.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0043-5.27. | 2021-06-15 | P | 251345.5 | | 13800 | 237545.5 |

| | JRNL | Account | Ref | Due Date | Matchi | Initial Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0044-5.27. | 2021-06-15 | P | 237545.5 | | 11500 | 226045.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0045-LAIN | 2021-06-15 | P | 226045.5 | | 2049 | 223996.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0046-6.1.2 | 2021-06-15 | P | 223996.5 | | 57500 | 166496.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0048-LAIN | 2021-06-15 | P | 166496.5 | | 126 | 166370.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0049-6.3.2 | 2021-06-15 | P | 166370.5 | | 157 | 166213.5 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0050-6.2.2 | 2021-06-15 | P | 166213.5 | | 21637.5 | 144576 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0051-6.3.2 | 2021-06-15 | P | 144576 | | 87400 | 57176 |
| 06/15/2021 | BILL | 211000 | BILL/2021/06/0052-6.3.2 | 2021-06-15 | P | 57176 | | 59800 | -2624 |
| 06/17/2021 | BNK1 | 211000 | BNK1/2021/06/0687-WT | 2021-06-17 | P | -2624 | 450000 | | 447376 |
| 06/18/2021 | INV | 121000 | INV/2021/06/0184 | 2021-06-18 | A2423 | 447376 | 290.8 | | 447666.8 |
| 06/24/2021 | BNK1 | 211000 | BNK1/2021/06/0688-WT | 2021-06-24 | P | 447666.8 | 246586 | | 694252.8 |
| 06/29/2021 | BILL | 211000 | BILL/2021/06/0054-6.3.2 | 2021-06-29 | P | 694252.8 | | 287000 | 407252.8 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0063-6.30. | 2021-06-30 | P | 407252.8 | | 9505.08 | 397747.72 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0067-6.1.2 | 2021-07-13 | P | 397747.72 | | 280000 | 117747.72 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0069-6.10. | 2021-07-22 | P | 117747.72 | | 34500 | 83247.72 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0070-6.10. | 2021-07-22 | P | 83247.72 | | 18400 | 64847.72 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0071-6.15. | 2021-07-22 | P | 64847.72 | | 64400 | 447.72 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0072-6.16. | 2021-07-22 | P | 447.72 | | 50600 | -50152.28 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0074-LAIN | 2021-07-22 | P | -50152.28 | | 1323 | -51475.28 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0075-LAIN | 2021-07-22 | P | -51475.28 | | 126 | -51601.28 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0076-6.17. | 2021-07-22 | P | -51601.28 | | 42425 | -94026.28 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0077-6.17. | 2021-07-22 | P | -94026.28 | | 2300 | -96326.28 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0078-LAIN | 2021-07-22 | P | -96326.28 | | 126 | -96452.28 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0079-6.21. | 2021-07-22 | P | -96452.28 | | 52607.08 | -149059.36 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0080-6.21. | 2021-07-22 | P | -149059.36 | | 1875 | -150934.36 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0081-6.21. | 2021-07-22 | P | -150934.36 | | 2300 | -153234.36 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0083-6.23. | 2021-07-22 | P | -153234.36 | | 26870.12 | -180104.48 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0084-6.23. | 2021-07-22 | P | -180104.48 | | 20275 | -200379.48 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0085-6.23. | 2021-07-22 | P | -200379.48 | | 4600 | -204979.48 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0086-6.24. | 2021-07-22 | P | -204979.48 | | 6475 | -211454.48 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0087-6.24. | 2021-07-22 | P | -211454.48 | | 11500 | -222954.48 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0088-6.25. | 2021-07-25 | P | -222954.48 | | 350000 | -572954.48 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0089-6.28. | 2021-07-22 | P | -572954.48 | | 25300 | -598254.48 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0090-6.28. | 2021-07-22 | P | -598254.48 | | 9200 | -607454.48 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0093-6.28. | 2022-05-08 | P | -607454.48 | | 135527.5 | -742981.98 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0094-6.28. | 2022-05-08 | P | -742981.98 | | 47667.5 | -790649.48 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0095-6.28. | 2022-05-08 | P | -790649.48 | | 115000 | -905649.48 |
| 07/01/2021 | BNK1 | 211000 | BNK1/2021/07/0568-WT | 2021-07-01 | P | -905649.48 | 321563.08 | | -584086.4 |
| 07/06/2021 | CSH1 | 211000 | CSH1/2021/07/0004-HO' | 2021-07-06 | P | -584086.4 | 376325 | | -207761.4 |
| 07/09/2021 | BILL | 211000 | BILL/2021/07/0001-7.9.2 | 2021-07-12 | P | -207761.4 | | 54 | -207815.4 |
| 07/12/2021 | BNK1 | 211000 | BNK1/2021/07/0569-WT | 2021-07-12 | P | -207815.4 | 263658.12 | | 55842.72 |
| 07/22/2021 | INV | 121000 | INV/2021/07/0177-May 3 | 2021-07-22 | | 55842.72 | 12485.37 | | 68328.09 |
| 07/22/2021 | 3207 | 211000 | 3207/2021/07/0002-WT I | 2021-07-22 | P | 68328.09 | 316430.08 | | 384758.17 |

| | JRNL | Account | Ref | Due Date | Matchi | Initial Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07/22/2021 | CSH1 | 211000 | CSH1/2021/07/0008-890 | 2021-07-22 | | 384758.17 | 24525 | | 409283.17 |
| 07/26/2021 | BNK1 | 121000 | BNK1/2021/07/0488-INV/2021/06/0184 | | A2423 | 409283.17 | | 290.8 | 408992.37 |
| 07/28/2021 | CSH1 | 211000 | CSH1/2021/07/0005-HO' | 2021-07-28 | P | 408992.37 | 297580 | | 706572.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0006-7.6.2 | 2021-10-04 | P | 706572.37 | | 2300 | 704272.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0007-7.6.2 | 2021-10-04 | P | 704272.37 | | 34500 | 669772.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0008-7.7.2 | 2021-10-04 | P | 669772.37 | | 6900 | 662872.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0010-7.13. | 2021-10-26 | P | 662872.37 | | 23000 | 639872.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0011-7.13. | 2021-10-26 | P | 639872.37 | | 18400 | 621472.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0014-7.13. | 2021-10-26 | P | 621472.37 | | 40250 | 581222.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0015-7.13. | 2021-10-26 | P | 581222.37 | | 2300 | 578922.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0016-7.13. | 2021-10-26 | P | 578922.37 | | 5750 | 573172.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0017-7.14. | 2021-10-26 | P | 573172.37 | | 34500 | 538672.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0018-7.14. | 2021-10-26 | P | 538672.37 | | 3750 | 534922.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0019-7.14. | 2021-10-26 | P | 534922.37 | | 128800 | 406122.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0020-Prom | 2021-10-26 | | 406122.37 | | | 406122.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0021-7.15. | 2021-10-26 | P | 406122.37 | | 25300 | 380822.37 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0022-7.16. | 2021-10-26 | P | 380822.37 | | 48833.75 | 331988.62 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0023-7.16. | 2021-10-26 | P | 331988.62 | | 289800 | 42188.62 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0024-7.20. | 2021-10-26 | P | 42188.62 | | 71300 | -29111.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0025-7.20. | 2021-10-26 | P | -29111.38 | | 6900 | -36011.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0026-7.21. | 2021-10-26 | P | -36011.38 | | 11500 | -47511.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0027-7.23. | 2021-10-26 | P | -47511.38 | | 6900 | -54411.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0028-7.23. | 2021-10-26 | P | -54411.38 | | 32200 | -86611.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0029-7.23. | 2021-10-26 | P | -86611.38 | | 13800 | -100411.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0030-7.23. | 2021-10-26 | P | -100411.38 | | 4600 | -105011.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0031-7.23. | 2021-10-26 | P | -105011.38 | | 146.5 | -105157.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0032-7.26. | 2021-10-26 | P | -105157.88 | | 55400 | -160557.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0033-7.26. | 2021-10-26 | P | -160557.88 | | 19250 | -179807.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0035-7.27. | 2021-10-26 | P | -179807.88 | | 4600 | -184407.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0036-7.28. | 2021-10-26 | P | -184407.88 | | 2300 | -186707.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0037-7.29. | 2021-10-26 | P | -186707.88 | | 11500 | -198207.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0038-7.7.2 | 2021-11-29 | P | -198207.88 | | 6900 | -205107.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0039-7.7.2 | 2021-11-29 | P | -205107.88 | | 750 | -205857.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0040-7.8.2 | 2021-11-29 | P | -205857.88 | | 6900 | -212757.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0041-7.13. | 2021-11-29 | P | -212757.88 | | 17250 | -230007.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0042-6.30. | 2021-11-29 | P | -230007.88 | | 45880 | -275887.88 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0043-6.28. | 2021-11-29 | P | -275887.88 | | 144037.5 | -419925.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0044-7.6.2 | 2022-05-09 | P | -419925.38 | | 2300 | -422225.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0045-7.2.2 | 2022-05-09 | P | -422225.38 | | 17975 | -440200.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0046-7.6.2 | 2022-05-09 | P | -440200.38 | | 13800 | -454000.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0047-6.30. | 2022-05-09 | P | -454000.38 | | 2575 | -456575.38 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0051-BLVI | 2022-10-25 | | -456575.38 | | 230450 | -687025.38 |
| 08/05/2021 | BNK1 | 121000 | BNK1/2021/08/0597-WT | 2021-08-05 | | -687025.38 | | 12485.37 | -699510.75 |

| | JRNL | Account | Ref | Due Date | Matchi | Initial Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/09/2021 | BNK1 | 211000 | BNK1/2021/08/0581-WT | 2021-08-09 | P | -699510.75 | 585777.5 | | -113733.25 |
| 08/20/2021 | BNK1 | 211000 | BNK1/2021/08/0582-WT | 2021-08-20 | P | -113733.25 | 300000 | | 186266.75 |
| 08/28/2021 | BILL | 211000 | BILL/2021/08/0004-8.25. | 2021-08-28 | P | 186266.75 | | 206250 | -19983.25 |
| 08/30/2021 | INV | 121000 | INV/2021/08/0238-June ? | 2021-08-30 | | -19983.25 | 11907.51 | | -8075.74 |
| 08/31/2021 | INV | 121000 | INV/2021/08/0242-July 3 | 2021-08-31 | | -8075.74 | 15423.76 | | 7348.02 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0007-7.19. | 2021-10-26 | P | 7348.02 | | 6915.04 | 432.98 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0008-8.2.2 | 2021-10-26 | P | 432.98 | | 9200 | -8767.02 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0009-8.03. | 2021-10-26 | P | -8767.02 | | 23000 | -31767.02 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0010-8.03. | 2021-10-26 | P | -31767.02 | | 16100 | -47867.02 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0011-8.03. | 2021-10-26 | P | -47867.02 | | 2300 | -50167.02 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0013-8.03. | 2021-10-26 | P | -50167.02 | | 149600 | -199767.02 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0014-8.04. | 2021-10-26 | P | -199767.02 | | 11500 | -211267.02 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0015-8.5.2 | 2021-10-26 | P | -211267.02 | | 26349.04 | -237616.06 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0016-8.06. | 2021-10-26 | P | -237616.06 | | 2300 | -239916.06 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0017-8.10. | 2021-10-26 | P | -239916.06 | | 78200 | -318116.06 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0018-8.18. | 2021-10-26 | P | -318116.06 | | 85275 | -403391.06 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0019-8.23. | 2021-10-26 | P | -403391.06 | | 17093.9 | -420484.96 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0020-8.30. | 2021-10-26 | P | -420484.96 | | 52900 | -473384.96 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0021-BBI c | 2021-10-26 | P | -473384.96 | | 57500 | -530884.96 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0022-ASD | 2021-10-26 | | -530884.96 | | | -530884.96 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0024-ZRO | 2021-11-17 | P | -530884.96 | | 5380 | -536264.96 |
| 09/01/2021 | CSH1 | 211000 | CSH1/2021/09/0016-HO' | 2021-09-01 | P | -536264.96 | 376400 | | -159864.96 |
| 09/02/2021 | CSH1 | 211000 | CSH1/2021/09/0018-Ver | 2021-09-02 | | -159864.96 | 50000 | | -109864.96 |
| 09/14/2021 | BNK1 | 211000 | BNK1/2021/09/0598-WT | 2021-09-14 | P | -109864.96 | 111568.9 | | 1703.94 |
| 09/22/2021 | BNK1 | 211000 | BNK1/2021/09/0599-WT | 2021-09-22 | P | 1703.94 | 271650 | | 273353.94 |
| 09/29/2021 | CSH1 | 211000 | CSH1/2021/09/0013-HO' | 2021-09-29 | P | 273353.94 | 110807 | | 384160.94 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0007-8.9.2 | 2021-10-26 | P | 384160.94 | | 4600 | 379560.94 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0008-HOV | 2021-10-26 | P | 379560.94 | | 106590 | 272970.94 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0009-S029 | 2021-10-26 | P | 272970.94 | | 105750 | 167220.94 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0010-9.1.2 | 2021-10-26 | P | 167220.94 | | 69000 | 98220.94 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0011-ASD | 2021-10-26 | | 98220.94 | | | 98220.94 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0012-9.6.2 | 2021-10-26 | P | 98220.94 | | 309375 | -211154.06 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0013-9.9.2 | 2021-10-26 | P | -211154.06 | | 202400 | -413554.06 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0014-9.9.2 | 2021-10-26 | P | -413554.06 | | 24775 | -438329.06 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0015-9.13. | 2021-10-26 | P | -438329.06 | | 58725 | -497054.06 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0016-9.13. | 2021-10-26 | P | -497054.06 | | 74250 | -571304.06 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0017-9.13. | 2021-10-26 | P | -571304.06 | | 92000 | -663304.06 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0018-9.21. | 2021-10-26 | P | -663304.06 | | 227275 | -890579.06 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0019-9.22. | 2021-10-26 | P | -890579.06 | | 74250 | -964829.06 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0020-LAIN | 2021-10-26 | P | -964829.06 | | 179400 | -1144229.06 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0027-S034 | 2022-03-03 | P | -1144229.06 | | 37537.5 | -1181766.56 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0028-HC \ | 2022-03-03 | P | -1181766.56 | | 32200 | -1213966.56 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0029-Vape | 2022-03-03 | P | -1213966.56 | | 253400 | -1467366.56 |

| Date | JRNL | Account | Ref | Due Date | Matchi | Initial Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0036-9.27. | 2022-10-25 | | -1467366.56 | | 376200 | -1843566.56 |
| 09/30/2021 | BILL | 211000 | BILL/2021/09/0037-LAIN | 2022-10-25 | | -1843566.56 | | 700130 | -2543696.56 |
| 10/01/2021 | BNK1 | 211000 | BNK1/2021/10/0364-WT | 2021-10-01 | P | -2543696.56 | 400000 | | -2143696.56 |
| 10/08/2021 | BNK1 | 211000 | BNK1/2021/10/0365-WT | 2021-10-08 | P | -2143696.56 | 450000 | | -1693696.56 |
| 10/14/2021 | BNK1 | 211000 | BNK1/2021/10/0366-WT | 2021-10-14 | P | -1693696.56 | 360000 | | -1333696.56 |
| 10/28/2021 | INV | 121000 | INV/2021/10/0371-Augus | 2021-10-28 | | -1333696.56 | 38332.77 | | -1295363.79 |
| 10/29/2021 | 3207 | 211000 | 3207/2021/10/0126-Tran | 2021-10-29 | P | -1295363.79 | 175000 | | -1120363.79 |
| 10/31/2021 | BILL | 211000 | BILL/2021/10/0012-LAIN | 2021-10-26 | P | -1120363.79 | | 362250 | -1482613.79 |
| 10/31/2021 | BILL | 211000 | BILL/2021/10/0013-10.28 | 2022-03-03 | P | -1482613.79 | | 270250 | -1752863.79 |
| 10/31/2021 | BILL | 211000 | BILL/2021/10/0014-LAOI | 2022-03-03 | P | -1752863.79 | | 276000 | -2028863.79 |
| 10/31/2021 | BILL | 211000 | BILL/2021/10/0015-10.11 | 2022-03-03 | | -2028863.79 | | 241212.5 | -2270076.29 |
| 10/31/2021 | BILL | 211000 | RBILL/2021/10/0001-Rev | 2022-10-25 | | -2270076.29 | 426825 | | -1843251.29 |
| 11/03/2021 | CSH1 | 211000 | CSH1/2021/11/0006-HOV | 2021-11-03 | P | -1843251.29 | 200000 | | -1643251.29 |
| 11/05/2021 | 3207 | 211000 | 3207/2021/11/0412-S042 | 2021-11-05 | A2924 | -1643251.29 | 24750 | | -1618501.29 |
| 11/19/2021 | 3207 | 211000 | 3207/2021/11/0373-Wire | 2021-11-19 | A2654 | -1618501.29 | 4818.11 | | -1613683.18 |
| 11/19/2021 | 3210 | 121000 | 3210/2021/11/0025-Cash | 2021-11-19 | A2654 | -1613683.18 | | 4818.11 | -1618501.29 |
| 11/19/2021 | MISC | 121000 | MISC/2021/11/0003-Ignite/FA Associatic | | A2654 | -1618501.29 | 4818.11 | | -1613683.18 |
| 11/19/2021 | MISC | 211000 | MISC/2021/11/0003-Ignite/FA Associatic | | A2654 | -1613683.18 | | 4818.11 | -1618501.29 |
| 11/29/2021 | 3207 | 211000 | 3207/2021/11/0423-Venc | 2021-11-29 | P | -1618501.29 | 54000 | | -1564501.29 |
| 11/29/2021 | 3207 | 211000 | 3207/2021/11/0424-TRA | 2021-11-29 | | -1564501.29 | 50000 | | -1514501.29 |
| 11/30/2021 | INV | 121000 | INV/2021/11/0315-Septe | 2021-11-30 | | -1514501.29 | 42214.25 | | -1472287.04 |
| 11/30/2021 | BILL | 211000 | BILL/2021/11/0016-S042 | 2022-03-03 | A2924 | -1472287.04 | | 24750 | -1497037.04 |
| 12/07/2021 | 3207 | 211000 | 3207/2021/12/0331-TRA | 2021-12-07 | A2964 | -1497037.04 | 50000 | | -1447037.04 |
| 12/09/2021 | BILL | 211000 | RBILL/2021/12/0002-Rev | 2021-12-09 | P | -1447037.04 | 281077.5 | | -1165959.54 |
| 12/10/2021 | 3207 | 211000 | 3207/2021/12/0334-TRA | 2021-12-10 | P | -1165959.54 | 16512.82 | | -1149446.72 |
| 12/13/2021 | 3207 | 211000 | 3207/2021/12/0062-Orde | 2021-12-13 | A2924 | -1149446.72 | 26548.22 | | -1122898.5 |
| 12/13/2021 | BILL | 211000 | BILL/2021/12/0012-Prepa | 2021-12-23 | A2924 | -1122898.5 | | 26548.22 | -1149446.72 |
| 01/14/2022 | INV | 121000 | INV/2022/01/0130-Octob | 2022-01-14 | | -1149446.72 | 119114.51 | | -1030332.21 |
| 01/18/2022 | 3210 | 211000 | 3210/2022/01/0015-Wire | 2022-01-18 | P | -1030332.21 | 50000 | | -980332.21 |
| 03/02/2022 | 3210 | 211000 | 3210/2022/03/0011-Wire | 2022-03-02 | P | -980332.21 | 50000 | | -930332.21 |
| 03/29/2022 | INV | 121000 | INV/2022/03/0255-Nover | 2022-03-29 | | -930332.21 | 20679.54 | | -909652.67 |
| 03/31/2022 | BILL | 211000 | BILL/2022/03/0011 | 2022-05-06 | | -909652.67 | | 1854 | -911506.67 |
| 10/24/2022 | CSH1 | 211000 | CSH1/2022/10/0014-hov | 2022-10-24 | P | -911506.67 | 29300 | | -882206.67 |
| **Rohleder, Inc** | | | | | | 0 | 1698837.5 | 1493850 | 204987.5 |
| 06/30/2021 | BILL | 211000 | BILL/2021/06/0101-Invoi | 2022-07-26 | A2959 | 0 | | 172500 | -172500 |
| 07/16/2021 | BNK1 | 211000 | BNK1/2021/07/0567-Ven | 2021-07-16 | A2959 | -172500 | 172500 | | 0 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0013-Al Kh | 2021-10-26 | | 0 | | 41400 | -41400 |
| 07/31/2021 | BILL | 211000 | BILL/2021/07/0048-7.9.2 | 2021-07-10 | P | -41400 | | 347300 | -388700 |
| 08/27/2021 | BNK1 | 211000 | BNK1/2021/08/0576-Ven | 2021-08-27 | | -388700 | 100000 | | -288700 |
| 08/31/2021 | BILL | 211000 | BILL/2021/08/0012-8.03. | 2021-10-26 | P | -288700 | | 932650 | -1221350 |
| 09/07/2021 | BNK1 | 211000 | BNK1/2021/09/0595-WT | 2021-09-07 | | -1221350 | 250000 | | -971350 |
| 09/14/2021 | BNK1 | 211000 | BNK1/2021/09/0596-Ven | 2021-09-14 | | -971350 | 175000 | | -796350 |
| 09/23/2021 | BNK1 | 211000 | BNK1/2021/09/0597-Ven | 2021-09-23 | | -796350 | 200000 | | -596350 |

| | JRNL | Account | Ref | Due Date | Matchi | Initial Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/2021 | BNK1 | 211000 | BNK1/2021/10/0354-Ven | 2021-10-01 | P | -596350 | 100000 | | -496350 |
| 10/04/2021 | BNK1 | 211000 | BNK1/2021/10/0355-Ven | 2021-10-04 | P | -496350 | 250000 | | -246350 |
| 10/08/2021 | BNK1 | 211000 | BNK1/2021/10/0356-Ven | 2021-10-08 | P | -246350 | 100000 | | -146350 |
| 10/29/2021 | 3207 | 211000 | 3207/2021/10/0134-Venc | 2021-10-29 | P | -146350 | 250000 | | 103650 |
| 11/17/2021 | 3207 | 211000 | 3207/2021/11/0422-Venc | 2021-11-17 | P | 103650 | 101337.5 | | 204987.5 |
| **Total** | | | | | | **0** | **12804882.52** | **13482101.69** | **-677219.17** |