# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignite International Limited,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Higher Connection LLC, et al.,<br><br>　　　　Defendants. | No. CV-21-02184-PHX-MTL<br><br>**STIPULATED JUDGMENT** |

The Court has reviewed the Joint Motion for Stipulated Judgment and Stipulated Judgment (Doc. 81) filed by Plaintiff Ignite International, Ltd. ("Ignite") and Defendants Higher Connection, LLC ("HC Utah"), Higher Connection 3PL LLC ("HC 3PL"), and Higher Connection LLC ("HC AZ") (collectively "HC Defendants").

Pursuant to the Joint Motion, and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Motion for Stipulated Judgment (Doc. 81).

**IT IS FURTHER ORDERED** that the December 14, 2023 Court Order (Doc. 67) granting motion for summary judgment in favor of Defendants Zachariah Gleason and Mirza Baig is final.

**IT IS FURTHER ORDERED** that Judgment is hereby entered in favor of Ignite and against the HC Defendants, jointly and severally, in the amount of $900,000.00 plus pre-judgment and post judgment interest accruing monthly at the rate of ten percent

(10%) per annum until the judgment is fully paid, to take effect when this Judgment is entered.

**IT IS FURTHER ORDERED** that the Court, having found no further matters pending against any of the Defendants in this litigation, expressly directs that this Judgment is entered as a final judgment pursuant to Rule 54(b) and 58, Federal Rules of Civil Procedure.

**IT IS FINALLY ORDERED** that the Clerk of Court must close this case.

Dated this 26th day of June, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge

- 2 -