**THE KOZUB LAW GROUP, PLC**
William A. Kozub, # 014826
7537 East McDonald Drive
Scottsdale, Arizona 85250
mewak@kozublaw.com
Telephone: (480) 624-2700
Attorneys for Defendants Higher Connection, LLC; Higher Connection 3PL LLC;
and Higher Connection LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ignite International Ltd., a Wyoming corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Higher Connection LLC, a Utah limited liability company; Zachariah James Gleason; Mirza Baig; Higher Connection 3PL LLC, an Arizona limited liability company; and Higher Connection, LLC, an Arizona limited liability company;<br><br>Defendants. | Case No. 2:2021-cv-02184<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>(Assigned to the Honorable Michael T. Luburdi) |
| Higher Connection LLC, a Utah limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>Ignite International Ltd., a Wyoming corporation;<br><br>Counterdefendant. | |

I, William A. Kozub, Esq., of The Kozub Law Group, PLC, pursuant to Local

-1-

Rules of Civil Procedure, Rule 83.3(b), declare as follows:

1. I am over the age of eighteen years;

2. I am an attorney licensed to practice law in the State of Arizona;

3. I am the sole member of The Kozub Law Group, PLC (the "Firm");

4. The Firm has represented Defendants, Higher Connection, LLC, an Arizona limited liability company, Higher Connection 3PL, an Arizona limited liability company, and Higher Connection, LLC, a Utah limited liability company ("Defendants") in the above captioned matter since the inception of this litigation;

5. This matter is concluded, a final judgment has been entered, and the time to appeal has run.

6. Defendants' actions or inactions have caused developments to arise in this litigation which allows the withdrawal of the Firm for numerous reasons;

7. An irreconcilable conflict of interest exists due to the Defendants' violation of the attorney-client employment agreement;

8. Defendants have failed to fulfill their obligations to the Firm by refusing to abide by the terms of the attorney employment agreement, and have thereby breached their contract with the Firm;

9. Defendants were given reasonable warning on several occasions that the Firm would withdraw from this litigation unless Defendants' obligations to the Firm were fulfilled;

10. The Firm has been unable to resolve this issue with the Defendants;

11.    Defendants have been provided with a copy of the Motion to Withdraw via email and first-class mail to:

HIGHER CONNECTION, LLC
an ARIZONA limited liability company,
7537 E. McDonald Drive
Scottsdale, Arizona 85250

HIGHER CONNECTION 3PL, LLC
an Arizona limited liability company,
7537 E. McDonald Drive
Scottsdale, Arizona 85250

HIGHER CONNECTION, LLC
a UTAH limited liability company
7533 S. Center View Ct.
West Jordan, Utah 84084

12.    Defendants have been notified of the status of this matter;

13.    Defendants will not be adversely affected by the withdrawal of the Firm;

14.    The only hearing presently on the Court's calendar is an Order to Show Cause Hearing on December 16, 2024, at 3:00 PM, in courtroom 303.

15.    Undersigned counsel has discussed this matter with a local attorney who represented himself as representing the Defendants.

I declare under penalty of perjury the foregoing is true and correct.

Dated this __16__ day of December, 2024.

William A. Kozub
Declarant

-3-

**CERTFICATE OF SERVICE**

I, Jodi Wheeler, do hereby certify that on the 16 day of December, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Randy J. Aoyama
Bradley L. Dunn
Meghah Singh
HINSHAW & CULBERTSON, LLP
2375 E. Camelback Road, #750
Phoenix,, Arizona 85016
*Attorneys for Plaintiff*

By:_____
Jodi Wheeler

-4-