UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

IGNITE INTERNATIONAL LIMITED, a
Wyoming corporation,

   Plaintiff - Appellant,

 v.

ZACHARIAH JAMES GLEASON and
MIRZA BAIG,

   Defendants - Appellees,

and

HIGHER CONNECTION LLC and
HIGHER CONNECTION 3PL LLC,

   Defendants.

No. 24-4243

D.C. No.
2:21-cv-02184-MTL

District of Arizona,
Phoenix

MANDATE

The judgment of this Court, entered January 07, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs taxed against appellee in the amount of $119.70.

      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT