**THE KOZUB LAW GROUP, PLC**
William A. Kozub, # 014826
7537 East McDonald Drive
Scottsdale, Arizona 85250
mewak@kozublaw.com
Telephone: (480) 624-2700

Attorneys for Defendants Zachariah James Gleason and Mirza Baig

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ignite International, Ltd., a Wyoming corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Higher Connection LLC, a Utah limited liability company; Zachariah James Gleason; Mirza Baig; Higher Connection 3PL LLC, an Arizona limited liability company; and Higher Connection, LLC, an Arizona limited liability company;<br><br>        Defendants. | Case No. 2:2021-cv-02184<br><br>**DEFENDANTS' PROPOSED QUESTIONS FOR JURY QUESTIONNAIRE** |
| Higher Connection LLC, a Utah limited liability company,<br><br>        Counterclaimant,<br><br>vs.<br><br>Ignite International, Ltd., a Wyoming corporation;<br><br>        Counterdefendant. | |

-1-

Defendants Zachariah James Gleason and Mirza Baig, by and through their attorney, William A. Kozub, of THE KOZUB LAW GROUP, PLC, hereby submit their proposed questions to be included in the Court's initial jury questionnaire.

**QUESTION 1.**   Do you purchase or use any products produced by Ignite International, Ltd. ("Ignite"), including but not limited to Ignite brand nicotine vape devices (marketed under the name Ignite), Ignite brand nicotine pouches (marketed under the names Ignite and SNUS), Ignite brand tequila, vodka, or other spirits or alcohol containing products, or Ignite brand energy drinks (marketed under the name Knox)?

**QUESTION 2.**  Do you follow Ignite International, Ltd., Ignite, or Dan Bilzerian on any social media?

DATED this __19__ day of March, 2026.

**THE KOZUB LAW GROUP, PLC**

By_____
William A. Kozub
7537 E. McDonald Drive
Scottsdale, Arizona 85250
Attorneys for Defendants

-2-

**CERTFICATE OF SERVICE**

I, Jodi Wheeler, do hereby certify that on the ___19___ day of March, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Bradley L. Dunn
M. Victoria Smith
HINSHAW & CULBERTSON, LLP
2375 E. Camelback Road, #410
Phoenix,, Arizona 85016
*Attorneys for Plaintiff*

By:_____
Jodi D. Wheeler

-3-