TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
DAVID C. LACHMAN (Cal. Bar No. 261711)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-5564
     Facsimile:    (213) 894-2927
     E-mail:      david.lachman@usdoj.gov

Attorneys for Intervenor
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignite International, Ltd., | No. CV-21-2184-PHX-MTL |
| Plaintiff, | <u>GOVERNMENT'S STATUS REPORT</u> |
| v. | |
| Higher Connection, LLC, Zachariah James Gleason, Mirza Baig, Higher Connection 3PL LLC, and Higher Connection LLC, | |
| Defendants. | |

Intervenor United States of America, by and through its counsel of record, the Acting Attorney General and Assistant United States Attorney David C. Lachman, hereby submits this monthly Status Report pursuant to the Court's Order requiring the Government to file Status Report on June 1, 2026, and on the first business day of every month thereafter, to inform the Court on the status of the related criminal case (*United States v. Paul Bilzerian, et al.*, No. 24 Cr. 569 (MEMF) (C.D. Cal.) (the "Criminal Case")). (Dkt. 160.)

At the request of defendants Ignite International Brands, Ltd. ("Ignite") and Scott Rohleder ("Rohleder"), the Honorable Maame Ewusi-Mensah Frimpong, United States District Judge for the Central District of California, adjourned the trial in the Criminal Case to October 19, 2026, and the Government informed counsel for defendants Ignite and Rohleder in the Criminal Case that the Government is unlikely to consent to further requests to adjourn the trial. The trial in the Criminal Case remains set for October 19, 2026.

In addition, the Government has been informed that the proceedings in Saint Kitts and Nevis seeking defendant Paul Bilzerian's extradition to the United States to stand trial in the Criminal Case remain pending.

Dated: June 1, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division

*/s/ David C. Lachman*
DAVID C. LACHMAN
Assistant United States Attorney

Attorneys for Intervenor
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I electronically transmitted the within and foregoing **STATUS REPORT** and accompanying exhibit to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed as counsel in this case.

        /s/ *David C. Lachman*
DAVID C. LACHMAN
Assistant United States Attorney

Attorneys for Intervenor
UNITED STATES OF AMERICA